IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **OSHIMA & PARTNERS,**<br>**a Foreign entity,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action** |
| | ) | **File No.:** CaseNumber |
| **AVENT, INC., a Delaware** | ) | |
| **Corporation, and AVANOS** | ) | |
| **MEDICAL, INC., a Delaware** | ) | |
| **Corporation,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## VERIFIED COMPLAINT

Plaintiff OSHIMA & PARTNERS ("Oshima") files this Complaint against

Defendants AVENT, INC. ("Avent") and AVANOS MEDICAL, INC. ("Avanos")

(collectively, the "Defendants"), showing the Court as follows:

## PARTIES

1.     Plaintiff Oshima is a foreign business entity existing under the laws of

Japan. Plaintiff Oshima's principal place of business is located at 2-20 Kanda-

Jimbocho, Chiyoda-ku, Tokyo, 101-00051, Japan. Oshima is a citizen of Japan for

diversity purposes.

2.     Defendant Avent is a Delaware corporation with its principal place of

business located at 5405 Windward Parkway, Alpharetta, Georgia, 30004. Avent can

be served through its registered agent, Corporation Service Company, located at 2 Sun Court, Suite 400, Peachtree Corners, Georgia, 30092.

3.      Defendant Avanos is a Delaware corporation with its principal place of business located at 5405 Windward Parkway, Alpharetta, Georgia, 30004. Avanos can be served through its registered agent, Corporation Service Company, located at 2 Sun Court, Suite 400, Peachtree Corners, Georgia, 30092.

## JURISDICTION AND VENUE

4.      This Court has personal jurisdiction over Avent because Avent's principal place of business is located at 5405 Windward Parkway, Alpharetta, Georgia, 30004.

5.      This Court has personal jurisdiction over Avanos because Avanos' principal place of business is located at 5405 Windward Parkway, Alpharetta, Georgia, 30004.

6.      This Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1) because this is a civil action between citizens of different States and the amount in controversy as pleaded herein exceeds $75,000.00.

7.      Venue is proper in the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1391(b)(1) because both Defendants are residents of Georgia and reside in this district.

## FACTUAL BACKGROUND

**(A)**   **The Legal Services Agreement.**

8.     Oshima is a law firm that provides intellectual property-related legal services.

9.     Oshima, as the Firm, and Avent and Avent's subsidiaries (referred to in the Agreement as AVENT) are parties to the Master Engagement Agreement for Legal Services entered into October 6, 2014 (the "Agreement"). See Agreement, attached hereto as **Exhibit A.**

10.     Under the Agreement, Oshima was retained to provide legal services on a requested basis for AVENT (i.e. Avent and/or Avent's subsidiaries). Id.

11.     The Agreement provides:

Identification of Client: Avent, Inc. is a legal entity that conducts business throughout the world using AVENT brands and trade names. It is anticipated that the proper part in interest for some legal matters may be one or more of such separate legal entities. Each Statement of Work submitted by AVENT will identify the specific AVENT entity or entities which is/are seeking to retain the Firm for legal services and such entity or entities will be the Firm's client for such legal matter.

See Agreement, at ¶ 3.

12.     Under the Agreement, Oshima submitted invoices within fifteen (15) days after the close of each calendar month in which the services were performed. See Agreement, Attachment D, at ¶ B.

13.     For invoices submitted by Oshima, the Agreement provides:

Payment Days/Original Invoice Required: Unless otherwise set forth in an applicable Statement of Work, AVENT will pay the Firm's conforming invoices for legal services net seventy-nine (79) days of receipt of an accurate invoice.

Agreement, Attachment D, at ¶ G.

**(B)     Defendants Failure to Pay for Legal Services.**

14.     As states above, pursuant to the Agreement, Oshima was engaged to perform certain legal services for Defendant Avanos.

15.     Oshima performed legal services for Defendant Avanos in February 2018, March 2018, April 2018, May 2018, August 2018, November 2018, December 2018, January 2019, and September 2019.

16.     Defendants benefitted from the services provided by Oshima.

17.     Oshima timely submitted its invoice for the work performed for Defendant Avanos in February 2018, as required under the Agreement.

18.     Oshima timely submitted its invoice for the work performed for Defendant Avanos in March 2018, as required under the Agreement.

19.     Oshima timely submitted its invoice for the work performed for Defendant Avanos in February 2018, as required under the Agreement.

20.     Oshima timely submitted its invoice for the work performed for Defendant Avanos in April 2018, as required under the Agreement.

21.     Oshima timely submitted its invoice for the work performed for Defendant Avanos in May 2018, as required under the Agreement.

22.     Oshima timely submitted its invoice for the work performed for Defendant Avanos in August 2018, as required under the Agreement.

23.     Oshima timely submitted its invoice for the work performed for Defendant Avanos in November 2018, as required under the Agreement.

24.     Oshima timely submitted its invoice for the work performed for Defendant Avanos in December 2018, as required under the Agreement.

25.     Oshima timely submitted its invoice for the work performed for Defendant Avanos in January 2019, as required under the Agreement.

26.     Oshima timely submitted its invoice for the work performed for Defendant Avanos in September 2019, as required under the Agreement.

27.     A true and correct copy of documentation showing the timely submission of Oshima's invoices for work performed in February 2018, March 2018, April 2018, May 2018, August 2018, November 2018, December 2018, January 2019, and September 201 is attached hereto as **Exhibit B**.

28.     The invoices submitted by Oshima for the work performed in February 2018, March 2018, April 2018, May 2018, August 2018, November 2018, December 2018, January 2019, and September 2019 were never returned to Oshima on the

ostensible grounds that the invoices were somehow improper or did not comply with the requirements of the Agreement.

29.     Upon information and belief, an employee and/or agent of Defendants failed to enter Oshima's invoices into Defendants' billing system in a timely manner, thereby creating the misimpression that the invoices had not been submitted.

30.     Thus, to the extent Oshima's invoices for February 2018, March 2018, April 2018, May 2018, August 2018, November 2018, December 2018, January 2019, and September 2019 were not in Defendants accounting systems, it was due to the negligence of Defendants.

31.     Defendants failed to pay the invoices submitted for the work performed in February 2018, March 2018, April 2018, May 2018, August 2018, November 2018, December 2018, January 2019, and September 2019. A true and correct copy of the unpaid invoices are attached hereto as **Exhibit C.**

32.     Defendants currently owe Oshima $188,651.86 plus interest for the work performed in February 2018, March 2018, April 2018, May 2018, August 2018, November 2018, December 2018, January 2019, and September 2019. A true and correct copy of a consolidated invoices showing all unpaid fees is attached hereto as **Exhibit D**.

**(C)**     **Avent and Avanos Are Alter Egos.**

33.     Upon information and belief, Avent is a wholly owned subsidiary of Avanos.

34.     Upon information and belief, Avanos wholly controls and operates Avent for the benefit of Avanos.

35.     For purposes of their dealings with Oshima under the Agreement, Avent and Avanos are the actual and ostensible agents of each other. They have actual and apparent authority to act on the behalf of the other.

36.     The work performed by Oshima in February 2018, March 2018, April 2018, May 2018, August 2018, November 2018, December 2018, January 2019, and September 2019 benefited and was requested by both Defendants.

37.     For purposes of their dealings with Oshima under the Agreement, Avent and Avanos have disregarded the corporate form and are the alter-egos of each other.  Both entities are responsible for payment to Oshima.

**(D)**     **Oshima Attempted Dispute Resolution.**

38.     The Agreement contains a dispute resolution provisions that provides:

Dispute Resolution: In the case of a dispute between AVENT and the Firm, the parties agree to (i) escalate the issue through the management of their respective organizations and (ii) seek resolution through mediation if the desired results are not reached. If AVENT and the Firm are not able to reach resolution after engaging their management and

participating in good faith mediation, the parties are open to pursue other available means of resolution.

Agreement, ¶ 6(e).

39.     Pursuant to the Agreement's dispute resolution provision, Oshima has reached out to Defendants to try and resolve the issue without legal action.

40.     By way of example, Oshima sent multiple emails regarding the outstanding invoices to Karen Borrelli of Avanos in 2020 and 2021.

41.     On July 16, 2021, Oshima, through its counsel, notified Defendants in writing that the provisions of the Agreement relative to all amounts owed shall be enforced and that Defendants had thirty (30) days to pay the outstanding amount owed. A copy of that correspondence is attached hereto as **Exhibit E**.

42.     Defendants failed to pay the outstanding amount owed under the Agreement before the expiration of the thirty (30) day period.

43.     On August 20, 2021, Oshima, through its counsel, notified Defendants in writing that it was invoking the Agreement's dispute resolution provision and requested Defendants agree to participate in mediation as required under the Agreement within three (3) business days from receipt of the letter. A copy of that correspondence is attached hereto as **Exhibit F**.

44.     Defendants responded to the August 20, 2021 letter on August 24, 2021.

45.     The Parties attempted but were unable to resolve this dispute prior to filing this Verified Complaint.

46.     At this time, Defendants have not paid Oshima the outstanding amount owed under the Agreement.

## COUNT I:
## BREACH OF CONTRACT
### (Against both Defendants)

47.     Oshima incorporates by reference in this paragraph, as though fully set out herein, the allegations of Paragraphs 1 through 46 of this Complaint.

48.     Oshima entered into a valid, binding and enforceable contract with Avent and its subsidiaries and/or affiliates.

49.     Upon information and belief, Avent is a wholly owned subsidiary of Avanos.

50.     Upon information and belief, Avanos controls and operates Avent.

51.     For purposes of their dealings with Oshima under the Agreement, Avent and Avanos are the actual and ostensible agents of each other.

52.     Pursuant to the Agreement, Oshima provided legal services for Avanos in February 2018, March 2018, April 2018, May 2018, August 2018, November 2018, December 2018, January 2019, and September 2019.

53.     Pursuant to the Agreement, Oshima timely submitted invoices for the work performed in February 2018, March 2018, April 2018, May 2018, August 2018, November 2018, December 2018, January 2019, and September 2019.

54.     At no time have Defendants disputed the accuracy of the charges set forth in the invoices or denied that legal services were performed on their behalf.

55.     Upon information and belief, an employee and/or agent of Defendants failed to enter Oshima's invoices in a timely manner, creating the misimpression that the invoices had not been submitted.

56.     Defendants breached the Agreement by failing to pay for the legal services performed in February 2018, March 2018, April 2018, May 2018, August 2018, November 2018, December 2018, January 2019, and September 2019 within seventy-nine (79) days of receiving the invoices for such services.

57.     All conditions precedent to the bringing of this action and Oshima's entitlement to collect the outstanding amount due under the Agreement have been satisfied by Oshima or waived or excused by Defendants.

58.     As a result of Defendants breach of the Agreement, Oshima has been caused damages in the sum of $188,651.86 plus interest.

## COUNT II:
## QUANTUM MERIT (IN THE ALTERNATIVE)
### (Against both Defendants)

59.     Oshima incorporates by reference in this paragraph, as though fully set out herein, the allegations of Paragraphs 1 through 58 of this Complaint.

60.     In the event no legal contract is found to exists between Oshima and Defendants (or between Oshima and either Defendant), Oshima nonetheless performed valuable legal services in February 2018, March 2018, April 2018, May 2018, August 2018, November 2018, December 2018, January 2019, and September 2019.  These services benefited both Defendants.

61.     Oshima's services performed in February 2018, March 2018, April 2018, May 2018, August 2018, November 2018, December 2018, January 2019, and September 2019 were done at the request of both Defendants.

62.     Oshima's services performed in February 2018, March 2018, April 2018, May 2018, August 2018, November 2018, December 2018, January 2019, and September 2019 were accepted by both Defendants.

63.     Oshima reasonably expected to be paid for the legal services performed in February 2018, March 2018, April 2018, May 2018, August 2018, November 2018, December 2018, January 2019, and September 2019 in an amount not less than $188,651.86.

64.     At all times Defendants were aware that Oshima expected to be paid for the legal services performed in February 2018, March 2018, April 2018, May 2018, August 2018, November 2018, December 2018, January 2019, and September 2019.

65.     Defendants have failed to pay for the legal services provided in by Oshima in February 2018, March 2018, April 2018, May 2018, August 2018, November 2018, December 2018, January 2019, and September 2019.

66.     The reasonable value of the services rendered in February 2018, March 2018, April 2018, May 2018, August 2018, November 2018, December 2018, January 2019, and September 2019 is $188,651.86 plus interest.

## COUNT III:
## UNJUST ENRICHMENT (IN THE ALTERNATIVE)
### (Against both Defendants)

67.     Oshima incorporates by reference in this paragraph, as though fulling set out herein, the allegations of Paragraphs 1 through 66 of this Complaint.

68.     In the event no legal contract is found to exists between Oshima and Defendants (or between Oshima and either Defendant), Oshima nonetheless performed valuable legal services in February 2018, March 2018, April 2018, May 2018, August 2018, November 2018, December 2018, January 2019, and September 2019 that conferred a benefit on both Defendants.

69.     The failure to compensate Oshima for the legal services provided in February 2018, March 2018, April 2018, May 2018, August 2018, November 2018, December 2018, January 2019, and September 2019 would be unjust.

70.     As a matter of equity, Defendants should pay Oshima the amount by which Defendants have been unjustly enriched, in no event less than $188,651.86.

## COUNT IV:
## ATTORNEYS' FEES PURSUANT TO O.C.G.A. § 13-6-11
### (Against both Defendants)

71.     Oshima incorporates by reference in this paragraph, as though fulling set out herein, the allegations of Paragraphs 1 through 70 of this Complaint.

72.     Both Defendants have failed to respond to Oshima's attempts to resolve this dispute without litigation. See Exs. E and F.

73.     Both Defendants have also failed to pay the outstanding amount due to Oshima.

74.     Defendants have not denied receiving valuable legal services. Defendants have likewise not contested the accuracy/propriety of the charges set forth in the invoices. They simply refuse to pay.

75.     Thus, Defendants acted in bad faith, been stubbornly litigious, and caused Oshima unnecessary trouble and expense.

76.     As a result, Oshima is entitled to recover its expenses of litigation pursuant to O.C.G.A. § 13-6-11.

**WHEREFORE,** Oshima respectfully prays as follows:

A. That summons and service be issued as provided by law;

B. That judgment in the amount of $188,651.86 plus interest be entered against Defendants;

C. That an award of prejudgment interest from the dates of the breaches be entered against Defendants;

D. That an award of attorneys' fees and expenses of litigation be entered against Defendants; and

E. That the Court grant such other relief that it deems just, fit and proper.

Respectfully submitted this 24th day of September 2021.

*/s/ Matthew B. Ames*
Matthew B. Ames
Georgia Bar No. 015898
Andrea Lostocco
Georgia Bar No. 338830
**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Boulevard, N.W.
Suite 700
Atlanta, GA 30308
Telephone:(404) 261-6020
Facsimile: (404) 261-3656

*Attorneys for Plaintiff Oshima & Partners*

## <u>CERTIFICATE OF COUNSEL REGARDING FONT SIZE</u>

Counsel certifies that the foregoing **VERIFIED COMPLAINT** has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(C) and 7.1(D).

This 24th day of September 2021.

*/s/ Matthew B. Ames*
MATTHEW B. AMES
Georgia Bar No.: 015898

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OSHIMA & PARTNERS,<br>a Foreign entity,<br><br>    Plaintiff,<br><br>v.<br><br>AVENT, INC., a Delaware<br>Corporation, and AVANOS<br>MEDICAL, INC., a Delaware<br>Corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Civil Action**
**File No.: CaseNumber**

## VERIFICATION OF COMPLAINT

Before the undersigned officer, duly authorized by law to administer oaths,

comes Y. Oshima of Oshima & Partners, who, after first being duly sworn according

to law on oath, deposes and states that the information contained in the foregoing

VERIFIED COMPLAINT is true and correct to the best of his/her knowledge and

belief.


[*signature on following page*]


1

_____

Signature of Affiant

_Yoichi OSHIMA_____

Name of Affiant

_____president_____

Title

SWORN TO and SUBSCRIBED before me
this __ day of September, 2021.



Notary Public: _____

Commissioner Expires: _____



2

令和 3 年登簿第 6 2 7 号

認　　　　証

　　嘱託人　特許業務法人大島特許事務所　代表社員　鄭　陽一（大島　陽一）
は、法定の手続に従って、本公証人の面前で、この証書の記載が真実で
あることを宣誓した上、この証書に署名した。

よって、これを認証する。
　　令和 3 年　　9　月　16　　日、本公証人役場において
　　東京都文京区春日 1 丁目 16 番 21 号
　　東　京　法　務　局　所　属

　　　公　証　人
　　　Notary

　　SASAKI　Masaki

　　　　　証　　　　明



　上記署名は、東京法務局所属公証人の署名に相違ないものであり、かつ、その押印は、
真実のものであることを証明する。

　　令和 3 年　9　月　16　日

　東　京　法　務　局　長　　　　　山　西　宏　紀

APOLLILLE の枠:

## APOSTILLE
### (Convention de La Haye du 5 octobre 1961)

1. Country:　JAPAN
   This public document
2. has been signed by　SASAKI　Masaki
3. acting in the capacity of Notary of the Tokyo Legal Affairs Bureau
4. bears the seal/stamp of　　SASAKI　Masaki , Notary
   Certified
5. at Tokyo　　　　　　　6.　SEP, 16, 2021
7. by the Ministry of Foreign Affairs
8. 21- № 040675
9. Seal/stamp:　　　　　　　　10. Signature





HAMAMOTO Hiroki

For the Minister for Foreign Affairs

Registered No. 627 of 2021

## Certificate

This is to certify that TEI Yoichi （OSHIMA Yoichi）,

President of OSHIMA & PARTNERS swore before me, in

accordance with the legal procedure, that the statement

in the attached document is truthful, and he signed the

document in my presence on this 16th day of September,

2021.

NOTARY

SASAKI Masaki

Notary, Bunkyo Notary's Office

Tokyo Legal Affairs Bureau,

1 - 16 - 21   Kasuga,Bunkyo - Ku,Tokyo

# EXHIBIT A

Confidential

October 6, 2014

Oshima & Partners
CHIYODA-KU
2-20 KANDA-JIMBOCHO
TOKYO, JAPAN  101-0051
Attention:  Ms. Yuria Hatakeyama

Re:    MASTER ENGAGEMENT AGREEMENT FOR LEGAL SERVICES

As we have discussed, because of experience, capabilities and/or reputation of Oshima & Partners (the "Firm"), Avent, Inc. and/or one or more of its subsidiaries (collectively, "AVENT") desires to retain the Firm from time to time to provide legal services on an as requested basis.  This Master Engagement Agreement for Legal Services (this "Agreement") sets forth the terms and conditions upon which such legal services will be provided.  Accordingly, AVENT and the Firm agree as follows:

1.    Term.  This Agreement will be effective as of November 1, 2014 (the "Effective Date") and unless sooner terminated as provided herein, will continue in effect for an initial term ending on the third anniversary of the Effective Date (the "Term"). Either party may terminate this Agreement upon not less than 30 days written notice to the other; provided however, no termination of this Agreement shall alter the rights of either party that have accrued prior to termination and any termination shall be subject to rules of professional conduct applicable to the attorneys providing legal services to AVENT.

2.    Legal Services.  During the Term, AVENT may request legal services from the Firm from time to time, on a non-exclusive basis, by submitting to the Firm a proposed Statement of Work substantially in the form attached hereto as Attachment A. If the Firm desires to provide such services to AVENT, it will sign and return the Statement of Work to AVENT. Each Statement of Work signed by AVENT and the Firm shall be incorporated into this Agreement, and shall be subject to the terms hereof. In the event of any conflict between the terms of this Agreement and any Statement of Work, the terms in this Agreement shall be controlling unless the Statement of Work expressly states that a provision of this Agreement is not applicable to the Engagement.

3.    Identification of Client. Avent, Inc. is a legal entity that conducts business throughout the world using AVENT brands and trade names. It is anticipated that the proper party in interest for some legal matters may be one or more of such separate legal entities. Each Statement of Work submitted by AVENT will identify the specific Avent entity or entities which is/are seeking to retain the Firm for legal services and such entity or entities will be the Firm's client for such legal matter.

4.    Relationship with Outside Counsel. We consider our relationships with outside counsel to be among the most important third-party relationships at AVENT. We

view our relationships with outside counsel as a collaborative team consisting of both AVENT in-house attorneys and outside counsel, where the efforts of the team are focused on achieving a common goal. Successful, long-term relationships depend on trust, good communication, continuity of people, and understanding of AVENT's goals and objectives. We believe the following are important aspects of a successful, long-term relationship between the Firm and AVENT:

a.  <u>Matter Assignment</u>.  We select outside counsel based on the expertise, reputation and ability of the Firm in general, as well as that of specific attorneys at the Firm.  We may request that a particular matter be handled or supervised by particular attorneys within the Firm. Similarly, we may request that a single attorney of suitable experience be designated to have overall supervisory responsibility for all matters of a certain type referred to the Firm. For each matter to be handled by the Firm, AVENT will designate a responsible AVENT in-house attorney and the Firm will designate a responsible Firm attorney.

b.  <u>AVENT Attorney Participation</u>.  The responsible AVENT attorney will participate in, and must approve, all important decisions and projects that will require a significant expenditure of time, money, and resources.

c.  <u>Allocation of Effort</u>.  The responsible AVENT in-house attorney and the responsible Firm attorney should agree on a division of work for the matter.  The goal should be to most efficiently utilize both AVENT and outside counsel resources.  As part of this coordination, the responsible Firm attorney will consult with the responsible AVENT in-house attorney on whether component parts of projects (e.g., a particular research project, a witness interview, a discovery matter, a contract preparation or a due diligence investigation) could be performed more effectively or efficiently by AVENT in-house attorneys or other AVENT employees.

d.  <u>Efficient Staffing</u>.  Each matter for which the Firm is retained should be staffed with qualified, competent legal professionals with appropriate experience and expertise to properly and efficiently handle the matter. The responsible AVENT in-house attorney and the responsible Firm attorney must discuss and agree upon the proper staffing for the matter. The use of other Firm attorneys or paralegals must first be discussed with the responsible AVENT in-house attorney prior to their performing any billable work.  In determining what matters should be assigned to a junior attorney at the Firm, consideration must be given to the overall cost effectiveness of the assignment.  In our experience, many situations will dictate that particular work can be done in a faster, more efficient and less expensive fashion by a more senior attorney with greater experience.

e.  <u>Staffing Changes</u>.  Changing personnel during the pendency of a matter often increases costs and creates other inefficiencies. To the maximum extent possible, the same individual should be assigned to handle a matter from start to finish. If staffing changes are necessary, we expect that the Firm will discuss those changes in advance with the responsible AVENT in-house attorney.

f.    <u>Diversity</u>.  AVENT is committed to the goal of diversity in the workplace. Conducting business throughout the United States and around the world, AVENT highly values the perspectives and varied experiences that are found only in a diverse workplace.  AVENT expects its outside counsel to be committed to diversity and to seek to use diverse personnel in representing AVENT when appropriate.

g.    <u>Third Party Services</u>.  The responsible AVENT in-house attorney must be consulted and approve the selection of any third party service providers, such as experts, investigators, and associate or local counsel. The responsible AVENT in-house attorney and the responsible Firm attorney must agree in advance on the terms of engagement, compensation, and invoicing for any such third party service providers.

h.    <u>Communications</u>. Good communication is the hallmark of a successful long-term relationship between AVENT and its outside counsel. Surprises and poor communication can seriously damage such relationships. Accordingly, the following communication guidelines should be followed:

    i.    <u>Contact Information</u>.  The Statement of Work will identify the responsible AVENT in-house attorney and the responsible Firm attorney for each matter and each attorney's contact information.

    ii.    <u>Keeping the Client Informed</u>.  All documents and other work product having an important effect on any matter must be reviewed by the responsible AVENT in-house attorney prior to submission to a court or delivery to the non-AVENT party involved in the matter.  To allow for such review, the Firm should provide all documents and other work product to the responsible AVENT in-house attorney with ample time to allow input from both the responsible AVENT in-house attorney and any relevant AVENT business personnel.  Specifically, unless otherwise directed, drafts of contracts, applications, opinions, position statements, governmental forms, briefs, pleadings, and significant correspondence or other work product should be sent to the responsible AVENT in-house attorney for approval at least three (3) business days in advance of filing or mailing.  Do not provide copies of depositions, exhibits, or other lengthy documents without first discussing the usefulness of such information with the responsible AVENT in-house attorney.

    iii.    <u>Electronic Format</u>. It is AVENT's preference to receive communications electronically only, whenever possible.  Any communications forwarded in electronic format should not also be additionally mailed in hard copy unless requested by the responsible AVENT in-house attorney.

    iv.    <u>Public Communications/Media</u>.  Unless otherwise directed by the responsible AVENT in-house attorney, all communications with the public or the media about any AVENT matter must be handled

by or through the responsible AVENT in-house attorney, a designee, or members of the AVENT Corporate Communications Department.  If outside counsel is approached by the public or press for comment regarding a AVENT matter, outside counsel must seek and receive direction and approval from the responsible AVENT in-house attorney before providing any response.

5.    Compensation Matters. AVENT expects to pay a fair and reasonable fee for the legal services it obtains from its outside counsel, including the Firm. We also do not expect to pay for services that are not requested, unexpected, wasteful or non-value adding. To ensure that AVENT and the Firm are aligned on compensation matters, and to avoid any unexpected compensation surprises or disagreements, set forth below are our agreed compensation arrangements:

   a.    General Policy.  Attachment C outlines AVENT's Payment/Reimbursement Policy which is applicable to this Agreement. During the Term, we expect the Firm to be proactive in identifying cost management opportunities to maximize the value to us of the legal services being provided and to minimize the costs of such services.

   b.    Budgets.  Budgeting has an important effect on the decision-making process, the establishment of expected costs, basic timetables and schedules for completion of certain stages and provides a method for controlling activities, as well as costs.  While it is often difficult to anticipate action which may be taken by opposing parties as well as costs attendant to any particular action, we believe that an early analysis of each matter and the expected costs can be estimated based upon the Firm's prior experience, expertise and knowledge. Estimated budgets for the current calendar year and for the anticipated life of the matter are therefore required to establish billing for each matter.  To ensure accurate expense reporting and invoice processing, outside counsel should provide such estimated budgets within one week of assignment of a matter, and AVENT expects that the estimated budgets provided are as accurate as possible.  Upon request, the Firm will provide quarterly budget forecasts to account for any necessary changes to the budget during each calendar year.

   c.    Invoicing for Legal Services. Every invoice submitted to us by the Firm will be deemed to be a certification by the Firm and the responsible Firm attorney that the legal services and disbursements reflected on the invoice are accurate, reasonable and necessary, and in compliance with the terms of this Agreement. Set forth on Attachment D to this letter are our agreed billing procedures.  Compliance with such billing procedures is required to process invoices for payment.

6.    General.

   a.    Conflicts of Interest.  It is the responsibility of the Firm to identify and notify the responsible AVENT in-house attorney of any conflict of interest, whether business or legal, that arises, or may arise, as a result of its past

Page 5 of 18

or present representation of AVENT.  Even in circumstances where governing ethical rules would not prohibit a law firm from representing another client, such as with business conflicts of interest, AVENT expects its outside counsel to immediately notify AVENT of such circumstances and that outside counsel will not take positions on behalf of other clients that would be adverse to the interests of AVENT.  Any request for a waiver of a conflict of interest must be made in writing addressed to the responsible AVENT in-house attorney.  No waiver of any conflict of interest shall be effective unless it is authorized in writing by a AVENT Chief Counsel.

b.   Interpretation of Conflicting Terms.  The terms applicable to a Statement of Work will be the terms agreed upon in this Agreement, together with the description of Services, the applicable Fee Structure (from Attachment B) and, if applicable, the work schedule set forth in or incorporated by reference in the Statement of Work and accepted by the Firm and any other terms mutually agreed upon in writing by the parties in the Statement of Work. If the Statement of Work is in the form of a purchase order, the General Terms and Conditions of the purchase order are superseded by the terms of this Agreement.  If there is a conflict between the terms of the Statement of Work and the terms of this Agreement, the conflicting term in this Agreement will be controlling.  The terms of this Agreement will not be amended or modified by any Statement of Work, unless the language expressly refers to an amendment or modification of the terms of this Agreement.  Any such amendment or modification will apply only to that Statement of Work.

c.   Waivers. As a matter of policy, AVENT does not agree prospectively to any provision, within an engagement letter or otherwise, that seeks a waiver of a potential conflict, whether business or legal, that has not yet arisen or that may occur at some point in the future.  We believe that it is not possible to anticipate all of the nuances or potential issues of a particular potential conflict until the conflict actually arises. Accordingly, in our view an informed waiver is not possible prospectively.

d.   Annual Review.  Annually, AVENT may evaluate attorneys and firms who perform a significant role in providing outside counsel services to AVENT.  Formal, standard evaluation criteria will be used and communicated to the impacted firms.  Attachment E provides an example of the scorecard that AVENT anticipates using for this purpose.

e.   Dispute Resolution. In the case of a dispute between AVENT and the Firm, the parties agree to (i) escalate the issue through the management of their respective organizations and (ii) seek a resolution through mediation if the desired results are not reached.  If AVENT and the Firm are not able to reach a resolution after engaging their management and participating in good faith in mediation, the parties are open to pursue other available means of resolution.

7.   Entire Agreement.  This Agreement constitutes the entire agreement between the parties with respect to the subject matter hereof.  Each Statement of Work,

Page 6 of 18

together with any documents expressly incorporated as part of the Statement of Work, including any corresponding Purchase Orders, constitutes the entire agreement between AVENT and the Firm with respect to the subject matter of the Statement of Work. No waiver, modification or amendment to this Agreement or any Statement of Work will be valid unless made in writing and signed by both parties.

IN WITNESS WHEREOF, this Agreement has been executed on behalf of each party as of the day and year first set forth above.

Avent, Inc.                                    Oshima & Partners

Name: _____      Name: _____

Title: Counsel - Contracts (Procurement)   Title: _____President_____

Attachment A
To
Master Services Agreement for Legal Services
Between
Avent, Inc.
And
Oshima & Partners
October 6, 2014
[Form of Statement of Work]

Statement of Work Number _____1_____.

STATEMENT OF WORK PURSUANT TO
MASTER ENGAGEMENT AGREEMENT FOR
LEGAL SERVICES
AVENT, INC. AGREEMENT NUMBER _____
(referred to as the "Master Engagement Agreement")

THIS Statement of Work is made and entered into effective as of _____,
201 , by and between

| | |
|---|---|
| | |
| | |
| | |
| AVENT | Oshima & Partners |

pursuant to the Master Engagement Agreement which is incorporated and made a part
of this Statement of Work.

1.  Legal Services.  The Firm will provide the following legal services to AVENT:

2.  AVENT In-House Team. The name and contact data for the AVENT in-house
    Team for the matter include the following:

    Responsible AVENT Attorney Contact:

3.  Firm Team.  The names and contact data for the Firm for this matter include the
    following:

    Responsible Firm Attorney Contact: Yoichi Oshima

4.  Applicable Fee Arrangement.  For the Services to be provided under this
    Statement of Work, AVENT will pay the Firm according to Fee Arrangement ____
    described in Attachment B to the Master Engagement Agreement, or as
    otherwise set forth below:

Page 8 of 18

The agreed upon fees will be effective through the completion of the legal services included in this Statement of Work.

5.   <u>Payment of Fees and Reimbursement</u>. Such compensation and appropriate reimbursement for expenses will be paid in accordance with the billing and payment procedures set forth in the Master Engagement Agreement and its corresponding Attachments.

IN WITNESS WHEREOF, this Agreement has been executed on behalf of each party as of the day and year first set forth above.

_____ (AVENT)   _____ (Oshima & Partners)

[Signature of Authorized Person]        [Signature of Authorized Person]

Attachment B
To
Master Services Agreement for Legal Services
Between
Avent, Inc.
And
Oshima & Partners
October 6, 2014

<u>Fee Arrangements for Legal Services</u>

Any deviation from the following must be approved in advance in writing by AVENT and may only be made with the prior consent of the Procurement representative. Firm will provide a thirty-percent (30%) discount on all flat fees and hourly rates listed in this Agreement and such discount will be clearly reflected on the invoices. All rates listed are in Japanese Yen and shall be effective for the term of this Agreement.

1.      Hourly Rates:

**Japanese Patent Prosecution Hourly Rate**
The listed discounted hourly rates, in Japanese Yen, will be charged for services falling outside of the Flat Fee Rates or where the Flat Fee would not be appropriate.

|                  | Regular Hourly Rate |
|------------------|---------------------|
| Yoichi Oshima    | JPY 30,000          |
| Masahiko Kimura  | JPY 24,000          |
| Tomomitsu Takao  | JPY 20,000          |

**Japanese Patent Opposition Hourly Rate**
The listed discounted hourly rates, in Japanese Yen, shall apply for provided legal services related to Patent Opposition work provided to AVENT:

|                  | Regular Hourly Rate |
|------------------|---------------------|
| Yoichi Oshima    | JPY 30,000          |
| Masahiko Kimura  | JPY 24,000          |
| Tomomitsu Takao  | JPY 20,000          |

**Japanese Patent Non-Infringement and/or Validity Opinion Hourly Rate**
The listed discounted hourly rates, in Japanese Yen, shall apply for legal services related to Patent Non-Infringement and/or Validity Opinion work provided to AVENT:

|                  | Regular Hourly Rate |
|------------------|---------------------|
| Yoichi Oshima    | JPY 30,000          |
| Masahiko Kimura  | JPY 24,000          |
| Tomomitsu Takao  | JPY 20,000          |

2.      Flat / Fixed Fee Arrangements:

| ACTION | OSHIMA'S CHARGES IN JPY | INCLUDED IN FLAT FEE | NOT INCLUDED IN FLAT FEE (BILLED SEPARATELY) |
|---|---|---|---|
| Filing a Patent Application in Japan | ¥ 180,000 P101 | Preparation and filing, including legal service fees relating to opening file, docketing and uploading within the Anaqua system the documents as filed and the filing receipt; preparing related filing documents and formal drawings, payment of priority claim, electronic filing of application, filing of IPRP and translation thereof (after filing the original application), confirming filing with the patent office, communicating and reporting the foregoing to AVENT/OSC. | Application for patent: P102 (Government fee ¥15,000)  Translation/typing: P101 (¥4,720 yen per 100 words including the associated typing)  Filing amendment: P101 (¥30,000) |
| Filing a Request for Examination | ¥ 18,000 P301 | Preparation and filing the request for examination with the Patent Office, including legal service fees relating to docketing/uploading and reporting the same to AVENT/OSC; electronic filing by on-line; No charge for additional claims. | Examination fee: P302 (Government fee ¥109,600 including a first claim + ¥3,600 per each additional claim) |
| Preparation and Filing of a Response to an Official Action | ¥240,000 Argument and Amendment P301 | Preparation and filing, including legal service fees relating to translating, docketing and uploading within Anaqua the official action and response to the official action; analyze and evaluate any cited references, legal research, telephonic Examiner interviews; prepare and provide to AVENT/OSC a draft response; revising the response based on AVENT/OSC feedback and filing the same with the Patent Office. | Extension fees  Government fee: P302  ¥2,100 per month, up to 3 months  Oshima's fee:  P301 ¥12,000 |
| Preparation and Filing of a Response to a Final Rejection | ¥240,000 Appeal brief and Amendment P301 | Preparation and filing, including legal service fees relating to translating, docketing and uploading within Anaqua the final rejection; analyze and evaluate any cited references, legal research, telephonic Examiner interviews; prepare and provide to AVENT/OSC a draft response; revise the response based on AVENT/OSC feedback; file the Notice of Appeal, Amendment, and Appeal Brief with the Patent Office; docket and upload within Anaqua the foregoing. | Appeal against final rejection fee.  Government fee: P302 ¥55,000 including a first claim + ¥5,500 per each additional claim |

Page 11 of 18

| ACTION | OSHIMA'S CHARGES IN JPY | INCLUDED IN FLAT FEE | NOT INCLUDED IN FLAT FEE (BILLED SEPARATELY) |
|---|---|---|---|
| Grant of Patent (1) examination requested <u>on or after April 1, 2004</u> | ¥ 25,000<br><br>P301 | Preparation and filing, including legal service fees relating to translating, reviewing, docketing/uploading within the Anaqua System the decision of grant and the certificate of Letters Patent; reporting the same to OSC; and attorney fees for payment of the registration/issue fees.  No charge for additional claims. | Basic registration fee covering 1st to 3rd year annuities:  P302 (Government fee ¥7,500 including a first claim + ¥600 per each additional claim) |
| Grant of Patent (2) examination requested <u>before April 1, 2004</u> | ¥ 25,000<br><br>P301 | Preparation and filing, including legal service fees relating to translating, reviewing, docketing/uploading within the Anaqua System the decision of grant and the certificate of Letters Patent; reporting the same to OSC; and attorney fees for payment of the registration/issue fees.  No charge for additional claims. | Basic registration fee covering 1st to 3rd year annuities: P302 (Government fee ¥37,200 including a first claim + ¥3,000 per each additional claim) |
| Preparation and Filing of Abandonment Writ | ¥ 12,000<br><br>P301 | Preparation and filing with the Patent Office the abandonment writ, electronic filing by on-line, and other miscellaneous expenses. | |

Flat Fee rates exclude:  (1) government fees, (2) draftsman fees, (3) fees related to conducting the patentability search, and (4) translation fees.  All of which must be approved in advance in writing by AVENT and may only be made with the prior consent of the Procurement representative.

3.      Contingency Fee Arrangements:
N/A

4.      Other / Alternative Fee Arrangements: N/A

Attachment C
To
Master Services Agreement for Legal Services
Between
Avent, Inc.
And
Oshima & Partners
October 6, 2014

---

AVENT Payment/Reimbursement Policy Statement

1. <u>AVENT will only pay for the following</u>:

   - Agreed upon rates or fees for time spent on work requested by AVENT
   - Expenses for preapproved travel in accordance with AVENT's Travel Policy (as outlined in Section 3 below)
   - Expenses and fees for preapproved third party vendors, experts, and local counsel (without mark up)
   - Other disbursements agreed upon in advance

2. <u>Examples of Non-Billable Work and Non-Reimbursable Expense</u>: AVENT will not pay any additional disbursements or fees.  Examples of fees and disbursements AVENT will not pay are:

   - Time spent creating or reviewing billing policy, preparing invoices, recording time, on data entry of the matter in a billing system, preparing budgets or forecasts, or resolving billing questions
   - Time spent performing clerical, secretarial or administrative work, e.g. docket updates; meeting coordination; correspondence tracking and routing; file creation, organization and maintenance; labeling, binding, indexing, or sorting documents
   - Travel time not spent doing billable work
   - Summer associate time
   - Time spent transitioning work between timekeepers
   - Excessive or non-value added interoffice conferences
   - Time spent preparing responses to Auditor Inquiry Letters
   - Computerized legal research, e.g. Westlaw, LexisNexis, or PACER charges
   - Overtime related expenses, e.g. parking; transportation; meals; office air-conditioning; staff overtime
   - Other miscellaneous expenses, e.g. routine copies; phone; faxes; word processing; computer-related expenses; office supplies; shipping charges; courier charges; teleconference, videoconference or web conference services

3.  <u>Travel Policy</u>.  All non-local travel by outside counsel must be pre-approved by the responsible AVENT in-house attorney.  AVENT will reimburse outside counsel for pre-authorized travel (if detailed separately) including airfare, hotel, and meal costs when traveling on AVENT business.

    a.  <u>Airline Travel</u>.  Coach service is mandatory for flights less than ten hours. If any one leg of the trip exceeds 10 hours, business class is permitted for this trip.  Accordingly, all U.S. domestic air travel must be in Coach class. U.S. domestic air travel is defined as travel within the 48 contiguous states and Alaska, Hawaii, Caribbean locations, Canada and Mexico. No first-class air travel is ever permitted.

        i.  No time spent for travel should be billed, unless outside counsel is actually working on AVENT matters during the trip.  A description of the actual work performed is required for payment.

    b.  <u>Automobile Rentals</u>.  Automobile rentals should be limited to those instances where public transportation is unavailable or when it is the most economical mode of transportation.  Rentals must be returned with a full tank of gas to avoid additional fees charged by the automobile rental company for refueling.  Global Positioning Systems (GPS) supplied by the automobile rental company at a fee are not reimbursable unless prior written approval has been provided.

    c.  <u>Car Service, Taxis and Mass Transit</u>.  For travel to or from AVENT business, outside counsel may be reimbursed for taxi, car service or mass transit.  Trips to or from home, except travel related to business trips, will not be reimbursed.  Automobile travel will be reimbursed at the current mileage rate established by the United States Government Accounting Office (GAO) in effect at the time the travel costs were incurred, plus parking.

    d.  <u>Lodging and Meals</u>.  We expect outside counsel to use moderation in selecting hotels and restaurants for which AVENT will be charged.

    e.  <u>Non-Reimbursable Travel Expenses</u>.  Non-reimbursable travel expenses include, but are not limited to: (1) airline ticket changes on same day or prior- to-day-of travel; (2) avoidable charges for unused guaranteed hotel reservations; (3) charges for in-room hotel or airline movies; (4) airline headsets; (5) recreation and health club facilities; (6) personal trip insurance; (7) donations to charity made through airline, hotel or rental car invoices; (8) internet subscription services; (9) costs for and distribution of paper airline tickets and (10) other personal expenditures such use of the hotel mini-bar, newspapers, magazines, books, spa treatments, and theater, concert or personal entertainment tickets.

4.  <u>Documentation</u>.  Expense documentation shall be maintained for two (2) years and made available to AVENT for review or audit upon request.

Page 14 of 18

5.  <u>Other Clients</u>.  If travel is for the benefit of one or more clients in addition to AVENT, or for personal or firm business in addition to AVENT business, expenses should be allocated accordingly.

Attachment D
To
Master Services Agreement for Legal Services
Between
Avent, Inc.
And
Oshima & Partners
October 6, 2014

Agreed Billing Procedures

A.   Invoices for Legal Services.  An invoice for legal services must be submitted monthly for work performed by outside counsel for each AVENT matter being handled. All invoices, whether paper or electronic, should provide the following information, unless AVENT provides a specific exception in writing:

**Invoice Number** – this is your firm's unique invoice number.  Only one invoice number is allowed per ANAQUA uploaded template.  The system will not allow you to upload an invoice with a number used previously.

**Invoice Date** – this is the date of your invoice.  Again, only one invoice date is allowed per ANAQUA uploaded template.

**Purchase Order** – your firm will be assigned a purchase order.  This purchase order number is critical to ensuring your invoice gets paid.

**Service Code** – these codes identify which type of fee or expense is involved in a specific case.  The codes will appear in an ANAQUA drop down:

**Line Description** – a free text field to give a brief description of the services billed (example – "Trademark/Patent Search for XYZ").

**Amount** – this is the invoiced amount for that particular matter.  Please record using two decimal places.

**Currency** – this field has a dropdown.  Please select the currency your firm has agreed to bill us in; most will be using USD.

**Tax Code** – this field has a drop down of two choices:  exempt and tax.  If you do not currently charge a tax, please use the "exempt" dropdown.

**Tax** – fill in any tax amount that may apply, using two decimal places.  If there is no tax, enter "O".

**Discounts** – Please enter as a separate line item any and all discounts given to Avent.

**Total (Net + Tax)** – this will automatically be completed when the template is saved

**Anaqua ID –** each trademark/patent record will have a unique Anaqua ID. You must know this ID before you can invoice against it. An incorrect Anaqua ID will force the uploaded invoice to be rejected during the upload procedure.

**Matter Date –** the date the invoiced service was performed. (Optional)

**Person –** the name of the person who performed the services (optional)

**Hours –** number of hours to perform the service (optional).

B.      Invoices.  Unless otherwise agreed, invoices for each matter should be submitted to AVENT in accordance with the instructions in the Purchase Order within fifteen (15) days after the close of each calendar month in which the services were performed. If a Purchase Order is not provided to the Firm, paper invoices for each matter should be submitted to the responsible AVENT in-house attorney within fifteen (15) days after the close of each calendar month in which the services were performed.

C.      Electronic Invoice Processing.  Depending upon the type of matter, AVENT currently uses either Ariba or ANAQUA for receiving legal invoices electronically. AVENT Information Technology Services personnel will work with the Firm to arrange electronic invoicing, as appropriate, as determined by AVENT.  Unless otherwise agreed, all electronic invoices for each matter should be uploaded within fifteen (15) days after the close of the calendar month in which the services were performed. The Firm agrees to use AVENT's electronic invoicing and ordering system wherever available.

D.      Submission of Invoices.  All invoices submitted in accordance with the above procedures will be processed for payment promptly.  Non-complying invoices shall be returned to the Firm so that the invoice may be revised to conform to the terms of this Agreement. The time period for timely payment of invoices does not begin until a complying invoice is submitted.

E.      Year-end Accruals.  For year-end accrual purposes, the responsible AVENT in-house attorney may request an estimated statement for the month of December to be submitted no later than December 15 of the given year.  This statement should include an estimate for work anticipated to be performed during December that will be billed the following January.

F.      Promptness.  Services billed well after the actual activity occurred obscure the status of that particular matter.  This is particularly troublesome when an explanation of the matter activity and costs is reported to the AVENT business(es).  To address this issue, AVENT has implemented the following:

        1.      AVENT will not accept invoices for matters with time entries older than ninety (90) days; and

        2.      AVENT will not accept invoices for matters closed for more than six (6) months past the final disposition.

G.      Payment Days/Original Invoices Required.  Unless otherwise set forth in an applicable Statement of Work, AVENT will pay the Firm's conforming invoices for legal services net seventy-nine (79) days of receipt of an accurate invoice.

Attachment E
To
Master Services Agreement for Legal Services
Between
Avent, Inc.
And
Oshima & Partners
October 6, 2014

# Outside Counsel Scorecard

Law Firm:

Practice Areas Utilized:

AVENT Customers:

| LAW FIRM CAPABILITIES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Focus Area | Low ------------------------- High | | | | | Successes | Shortcomings | Continuous Improvement |
| | 1 | 2 | 3 | 4 | 5 | | | |
| Subject Matter Expertise | | | | | | | | |
| Bench Strength | | | | | | | | |
| Quality of Work | | | | | | | | |
| Diversity of Teams | | | | | | | | |
| Delivery of Value-Adds | | | | | | | | |

| LAW FIRM CONDUCT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Focus Area | Low ------------------------- High | | | | | Successes | Shortcomings | Continuous Improvement |
| | 1 | 2 | 3 | 4 | 5 | | | |
| Relationship Management | | | | | | | | |
| Proper Staffing | | | | | | | | |
| Careful Budgeting | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | | | |
|---|---|---|---|---|---|---|---|---|
| Accurate & Timely Billing | | | | | | | | |
| Effective Communication | | | | | | | | |
| Work Well with Internal Team | | | | | | | | |
| Diversity Philosophy | | | | | | | | |

## LAW FIRM COMPENSATION

| Focus Area | Low ---------------------- High | | | | | Successes | Shortcomings | Continuous Improvement |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | | | |
| Fair Fee Arrangement | | | | | | | | |
| Competitiveness | | | | | | | | |
| Value Proposition | | | | | | | | |
| | | | | | | | | |

## SUMMARY

| Focus Area | Low ---------------------- High | | | | | Successes | Shortcomings | Continuous Improvement |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | | | |
| Overall Satisfaction | | | | | | | | |
| Project On Time | | | | | | | | |
| Project Within Budget | | | | | | | | |
| Project Objectives Met | | | | | | | | |
| Business Objectives Met | | | | | | | | |
| | | | | | | | | |
| | 1 | 2 | 3 | 4 | 5 | | | |

# EXHIBIT B

# FEBRUARY 2018



Upload Invoice                          **BACK** **NEXT**                          ✖ Cancel

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| Invoice No | 2018-0062 | | Invoice Date | 06 Feb 2018 |
| Payee | Oshima & Partners - Patent | | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | | Net | 50000 |
| Lines Uploaded | 1 | | Tax | 0 |
| Status | Awaiting Authorization | | Gross | 50000 |
| Image | 2018-0062 19081.pdf  REMOVE | | | |
| | (Only 'pdf, tif' files allowed) | | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | | Tax | Gross |
|------|--------|-------------|-----------|---|-------------|---|-----|-------|
| 1 | Preparing and submitting amendment and argument | P301 - Prosecution - Agent's Fees | 64930909 | 50000.00 | | 0.00 | 50000.00 | |
| 64697749JP08 - Application - JP - 2014-504411 - Biosorbable Wound Treatment Device, Process for Making, and Method of Using the Same | | | | | | | | |
| | | | Totals: | 50000.00 | | 0.00 | 50000.00 | |

1 Items                 Go to Page: 1 of 1 **GO**              Page Size: 10

Law Engine Status:
Enabled

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.

**◎ HALYARD**    VIEWS    FIND    CREATE    ADMIN

Upload Invoice    [ NEW UPLOAD ]

STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0062 |
| Record ID | 64987867 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Law Engine Status:
Enabled

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**     VIEWS          FIND          CREATE          ADMIN

Upload Invoice                    BACK  NEXT                    ✖ Cancel

**STEP 2 OF 3: UPLOAD INVOICE FILE**

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | |
|---|---|---|---|
| Invoice No | 2018-0069 | Invoice Date | 08 Feb 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 526568 |
| Lines Uploaded | 3 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 526568 |
| Image | 2018-0069 21245.pdf  REMOVE | | |
| | (Only 'pdf, tif' files allowed) | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | | Tax | Gross |
|---|---|---|---|---|---|---|---|---|
| 1 | submission of national phase application (Fixed) (Discount JPY54,000) | P101 - Filing - Agent's Fees | 64987307 | 126000.00 | | 0.00 | | 126000.00 |
| | 64949309JP05 - Application - JP - STERILIZATION TRAY PROTECTION MECHANISMS | | | | | | | |
| 2 | translation/typing fees (11,700 words, 20 pages, JPY4,720 per 100 words) (Discount JPY165,672) | P101 - Filing - Agent's Fees | 64987307 | 386568.00 | | 0.00 | | 386568.00 |
| | 64949309JP05 - Application - JP - STERILIZATION TRAY PROTECTION MECHANISMS | | | | | | | |
| 3 | official fee for filing (Fixed) | P102 - Filing - Expenses (government/postage | 64987307 | 14000.00 | | 0.00 | | 14000.00 |
| | | | Totals: | 526568.00 | | 0.00 | | 526568.00 |

3 Items          Go to Page:  1  of 1  GO          Page Size:  10

VIEW ALL

Law Engine Status:
Enabled                    Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.

**HALYARD**      VIEWS          FIND          CREATE          ADMIN

Upload Invoice                                    NEW UPLOAD

STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0069 |
| Record ID | 64987868 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Law Engine Status:                Terms & Conditions | Privacy Policy
Enabled                    © Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**    VIEWS    FIND    CREATE    ADMIN

Upload Invoice    BACK  NEXT    ✖ Cancel

**STEP 2 OF 3: UPLOAD INVOICE FILE**

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | |
|---|---|---|---|
| Invoice No | 2018-0070 | Invoice Date | 08 Feb 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 456176 |
| Lines Uploaded | 3 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 456176 |
| Image | 2018-0070 21246.pdf  REMOVE | | |
| | (Only 'pdf, tif' files allowed) | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | | Tax | Gross |
|---|---|---|---|---|---|---|---|---|
| 1 | submission of national phase application (Fixed) (Discount JPY72,000) | P101 - Filing - Agent's Fees | 64987324 | 108000.00 | | 0.00 | | 108000.00 |
| | 64949304JP05 - Application - JP - STERILIZATION TRAY PROTECTION MECHANISMS | | | | | | | |
| 2 | translation/typing fees (11,800 words, 20 pages, JPY4,720 per 100 words) (Discount JPY222,784) | P101 - Filing - Agent's Fees | 64987324 | 334176.00 | | 0.00 | | 334176.00 |
| | 64949304JP05 - Application - JP - STERILIZATION TRAY PROTECTION MECHANISMS | | | | | | | |
| 3 | official fee for filing (Fixed) | P102 - Filing - Expenses (government/postage | 64987324 | 14000.00 | | 0.00 | | 14000.00 |
| | | | Totals: | 456176.00 | | 0.00 | | 456176.00 |

3 Items    Go to Page:  1  of 1  GO    Page Size:  10

VIEW ALL

Law Engine Status: Enabled

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.

**HALYARD**

VIEWS              FIND              CREATE              ADMIN

Upload Invoice                              [ NEW UPLOAD ]

STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0070 |
| Record ID | 64987869 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Law Engine Status:                    Terms & Conditions | Privacy Policy
Enabled                        © Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**        VIEWS        FIND        CREATE        ADMIN

Upload Invoice        BACK   NEXT        ✖ Cancel

**STEP 2 OF 3: UPLOAD INVOICE FILE**

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | |
|---|---|---|---|
| Invoice No | 2018-0087 | Invoice Date | 19 Feb 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 212200 |
| Lines Uploaded | 2 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 212200 |
| Image | 2018-0087 20399.pdf   REMOVE | | |
| | (Only 'pdf, tif' files allowed) | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | NetTax Code | | Tax | Gross |
|---|---|---|---|---|---|---|---|
| 1 | Flat Fee - submission of request for examination (Discount JPY5,400) | P301 - Prosecution - Agent's Fees | 64981955 | 12600.00 | 0.00 | 12600.00 | |
| | 64917300JP10 - Application - JP - 2016-554204 - Surfactant Treatment for a Sterilization Wrap with Reduced Occurrence of Wet Packs After Steam Sterilization | | | | | | |
| 2 | official fee for prosecution | P302 - Prosecution - Expenses (government/postage /photocopies, etc.) | 64981955 | 199600.00 | 0.00 | 199600.00 | |
| | 64917300JP10 - Application - JP - 2016-554204 - Surfactant Treatment for a Sterilization Wrap with Reduced Occurrence of Wet Packs After Steam Sterilization | | | | | | |
| | | | | Totals: | 212200.00 | 0.00 | 212200.00 |

2 Items        Go to Page:  1  of 1  GO        Page Size:  10

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.

**HALYARD**          VIEWS          FIND          CREATE          ADMIN

Upload Invoice                          NEW UPLOAD

STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0087 |
| Record ID | 64987870 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Law Engine Status:          Terms & Conditions | Privacy Policy
Enabled          © Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**      VIEWS           FIND            CREATE          ADMIN

Upload Invoice                          [BACK] [NEXT]                              ✖ Cancel

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | |
|---|---|---|---|
| Invoice No | 2018-0095 | Invoice Date | 23 Feb 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 358064 |
| Lines Uploaded | 3 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 358064 |
| Image | 2018-0095 21270.pdf  [REMOVE] | | |
| | (Only 'pdf, tif' files allowed) | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | NetTax Code | Tax | Gross |
|---|---|---|---|---|---|---|
| 1 | submission of national phase application (Fixed) (Discount JPY$4,000) | P101 - Filing - Agent's Fees | 64987516 | 126000.00 | 0.00 | 126000.00 |
| | 64934631:JP05 - Application - JP - Variable Flow Rate Control Device | | | | | |
| 2 | translation/typing fees (6,600 words, 11 pages. JPY4,720 per 100 words) (Discount JPY93,456) | P101 - Filing - Agent's Fees | 64987516 | 218064.00 | 0.00 | 218064.00 |
| | 64934631:JP05 - Application - JP - Variable Flow Rate Control Device | | | | | |
| 3 | official fee for filing (Fixed) | P102 - Filing - Expenses (government/postage | 64987516 | 14000.00 | 0.00 | 14000.00 |
| | | | Totals: | 358064.00 | 0.00 | 358064.00 |

3 Items        Go to Page:  1  of 1  [GO]        Page Size:  10

[VIEW ALL]

**HALYARD**

VIEWS          FIND          CREATE          ADMIN

Upload Invoice                    [ NEW UPLOAD ]

STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0095 |
| Record ID | 64987871 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Law Engine Status:
Enabled

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**

VIEWS     FIND     CREATE     ADMIN

Upload Invoice     BACK   NEXT     ✖ Cancel

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| Invoice No | 2018-0096 | Invoice Date | 23 Feb 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 26800 |
| Lines Uploaded | 2 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 26800 |
| Image | 2018-0096 19672.pdf  REMOVE | | |

(Only 'pdf, tif' files allowed)

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | | Tax | Gross |
|---|---|---|---|---|---|---|---|---|
| 1 | Flat Fee - Registration Fee (Discount JPY7,500) | P301 - Prosecution - Agent's Fees | 64972130 | 17500.00 | | 0.00 | 17500.00 | |
| | 64895855JP06 - Application - JP - 2015-533727 - Self Positioning Tracheal Tube Clearance Mechanism Using Skives | | | | | | | |
| 2 | official fee for prosecution | P302 - Prosecution - Expenses (government/postage /photocopies, etc.) | 64972130 | 9300.00 | | 0.00 | 9300.00 | |
| | 64895855JP06 - Application - JP - 2015-533727 - Self Positioning Tracheal Tube Clearance Mechanism Using Skives | | | | | | | |
| | | | Totals: | 26800.00 | | 0.00 | 26800.00 | |

2 Items     Go to Page: 1 of 1 GO     Page Size: 10

**HALYARD**        VIEWS              FIND              CREATE              ADMIN

Upload Invoice                                    NEW UPLOAD

STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0096 |
| Record ID | 64987872 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |



**HALYARD**       VIEWS          FIND          CREATE          ADMIN

Upload Invoice                          BACK   NEXT                          ✖ Cancel

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | |
|---|---|---|---|
| Invoice No | 2018-0099 | Invoice Date | 26 Feb 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 364672 |
| Lines Uploaded | 3 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 364672 |
| Image | 2018-0099 21269.pdf   REMOVE | | |
| | (Only 'pdf, tif' files allowed) | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | Tax | Gross |
|---|---|---|---|---|---|---|---|
| 1 | submission of national phase application (Fixed) (Discount JPY54,000) | P101 – Filing – Agent's Fees | 64987346 | 126000.00 | | 0.00 | 126000.00 |
| | 64972190JP05 - Application - JP - Variable Fluid Flow Rate Control Device | | | | | | |
| 2 | translation/typing fees (6,800 words, 11 pages, JPY4,720 per 100 words) (Discount JPY96,288) | P101 – Filing – Agent's Fees | 64987346 | 224672.00 | | 0.00 | 224672.00 |
| | 64972190JP05 - Application - JP - Variable Fluid Flow Rate Control Device | | | | | | |
| 3 | official fee for filing (Fixed) | P102 – Filing – Expenses (government/postage | 64987346 | 14000.00 | | 0.00 | 14000.00 |
| | | | Totals: | 364672.00 | | 0.00 | 364672.00 |

3 Items          Go to Page:  1  of 1  GO          Page Size:  10

VIEW ALL

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.

**HALYARD**        VIEWS            FIND              CREATE            ADMIN

Upload Invoice                                    [ NEW UPLOAD ]

STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0099 |
| Record ID | 64987873 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Law Engine Status:
Enabled

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**      VIEWS          FIND          CREATE          ADMIN

Upload Invoice          BACK  NEXT                              ✖ Cancel

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| Invoice No | 2018-0102 | Invoice Date | 27 Feb 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 956088 |
| Lines Uploaded | 3 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 956088 |
| Image | 2018-0102 21285.pdf  REMOVE | | |
| | (Only 'pdf, tif' files allowed) | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | | Tax | Gross |
|------|--------|-------------|-----------|--|-------------|--|-----|-------|
| 1 | submission of national phase application (Fixed) (Discount JPY$4,000) | P101 - Filing – Agent's Fees | 64987527 | 126000.00 | | 0.00 | 126000.00 | |
| | 64960085JP08 - Application - JP - LIQUID DELIVERY METHOD FOR COOLED RF SYSTEM | | | | | | | |
| 2 | translation/typing fees (24,700 words, 41 pages, JPY4,720 per 100 words) (Discount JPY349,752) | P101 - Filing – Agent's Fees | 64987527 | 816088.00 | | 0.00 | 816088.00 | |
| | 64960085JP08 - Application - JP - LIQUID DELIVERY METHOD FOR COOLED RF SYSTEM | | | | | | | |
| 3 | official fee for filing (Fixed) | P102 - Filing – Expenses (government)/postage | 64987527 | 14000.00 | | 0.00 | 14000.00 | |
| | | | Totals: | 956088.00 | | 0.00 | 956088.00 | |

3 Items          Go to Page: 1  of 1  GO          Page Size: 10

VIEW ALL

**HALYARD**    VIEWS    FIND    CREATE    ADMIN

Upload Invoice    [ NEW UPLOAD ]

STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0102 |
| Record ID | 64987874 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Law Engine Status:
Enabled

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**   VIEWS   FIND   CREATE   ADMIN

Upload Invoice   [BACK] [NEXT]   ✖ Cancel

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | |
|---|---|---|---|
| Invoice No | 2018-0107 | Invoice Date | 28 Feb 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 174000 |
| Lines Uploaded | 1 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 174000 |
| Image | 2018-0107 19906.pdf  [REMOVE] | | |
| | (Only 'pdf, tif' files allowed) | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | Tax | Gross |
|---|---|---|---|---|---|---|---|
| 1 | Preparing and submitting amendment and argument | P301 - Prosecution - Agent's Fees | 64974278 | 174000.00 | | 0.00 | 174000.00 |
| | 64804951JP08 - Application - JP - 2015-558592 - Preparation of Stabilized Catalase Enzymes Using Polyvinyl Alcohol | | | | | | |
| | | | Totals: | 174000.00 | | 0.00 | 174000.00 |

1 Items       Go to Page: 1 of 1 [GO]       Page Size: 10

Law Engine Status:
Enabled

Terms & Conditions | Privacy Policy
© Copyright 2002-2016 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**　　　VIEWS　　　FIND　　　CREATE　　　ADMIN

Upload Invoice　　　　　　　　　　　　　　　[NEW UPLOAD]

STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0107 |
| Record ID | 64987875 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Law Engine Status:　　　　　Terms & Conditions | Privacy Policy
Enabled　　　　　　　　　　© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.

# **MARCH 2018**



**HALYARD**    VIEWS        FIND            CREATE        ADMIN

Upload Invoice                              BACK   NEXT                                    ✕ Cancel

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | |
|---|---|---|---|
| Invoice No | 2018-0116 | Invoice Date | 05 Mar 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 29800 |
| Lines Uploaded | 2 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 29800 |
| Image | 2018-0116 19670.pdf  REMOVE | | |
| | (Only 'pdf, tif' files allowed) | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | | Tax | Gross |
|---|---|---|---|---|---|---|---|---|
| 1 | Flat Fee - Registration Fee (Discount JPY7,500) | P301 - Prosecution - Agent's Fees | 64972120 | 17500.00 | | 0.00 | 17500.00 | |
| 64895787JP06 - Application - JP - 2015-533728 - Self Positioning Tracheal Tube Clearance Mechanism Using a Collar | | | | | | | | |
| 2 | official fee for prosecution | P302 - Prosecution - Expenses (government/postage/photocopy etc.) | 64972120 | 12300.00 | | 0.00 | 12300.00 | |
| 64895787JP06 - Application - JP - 2015-533728 - Self Positioning Tracheal Tube Clearance Mechanism Using a Collar | | | | | | | | |
| | | | Totals: | 29800.00 | | 0.00 | 29800.00 | |

2 Items                    Go to Page: 1  of 1  GO              Page Size: 10 ▼

Law Engine Status:
Enabled

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**          VIEWS                    FIND                    CREATE                    ADMIN

Upload Invoice                                              NEW UPLOAD

**STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION**

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0116 |
| Record ID | 64988110 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.





**HALYARD**     VIEWS          FIND          CREATE          ADMIN

Upload Invoice                                        BACK  NEXT                                    ✖ Cancel

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | | |
|---|---|---|---|---|
| Invoice No | 2018-0117 | | Invoice Date | 05 Mar 2018 |
| Payee | Oshima & Partners - Patent | | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | | Net | 29200 |
| Lines Uploaded | 2 | | Tax | 0 |
| Status | Awaiting Authorization | | Gross | 29200 |
| Image | 2018-0117 19673.pdf  REMOVE | | | |
| | (Only 'pdf, tif' files allowed) | | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | | | Tax | Gross |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Flat Fee - Registration Fee (Discount JPY7,500) | P301 - Prosecution - Agent's Fees | 64972115 | 17500.00 | | 0.00 | | 17500.00 | |
| | 64760158JP07 - Application - JP - 2015-533723 - Retention Component for Placement of Enteral Feeding Tubes | | | | | | | | |
| 2 | official fee for prosecution | P302 - Prosecution - Expenses (government/postage/photocop etc.) | 64972115 | 11700.00 | | 0.00 | | 11700.00 | |
| | 64760158JP07 - Application - JP - 2015-533723 - Retention Component for Placement of Enteral Feeding Tubes | | | | | | | | |
| | | | Totals: | 29200.00 | | 0.00 | | 29200.00 | |

2 Items              Go to Page: 1 of 1  GO          Page Size: 10 ▼

Law Engine Status:
Enabled                                    Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**        VIEWS                FIND                CREATE                ADMIN

Upload Invoice                                    NEW UPLOAD

STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0117 |
| Record ID | 64988111 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**    VIEWS    FIND    CREATE    ADMIN    

Upload Invoice    [ BACK ] [ NEXT ]    ✖ Cancel

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | |
|---|---|---|---|
| Invoice No | 2018-0122 | Invoice Date | 09 Mar 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 174000 |
| Lines Uploaded | 1 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 174000 |
| Image | 2018-0122 19980.pdf [ REMOVE ] | | |
| | (Only 'pdf', 'tif' files allowed) | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | | Tax | Gross |
|---|---|---|---|---|---|---|---|---|
| 1 | Preparing and submitting amendment and argument | P301 - Prosecution - Agent's Fees | 64977204 | 174000.00 | | 0.00 | 174000.00 | |
| | 64903888JP04 - Application - JP - 2016-511149 - Flow Selector Device Alignment System | | | | | | | |
| | | | Totals: | 174000.00 | | 0.00 | 174000.00 | |

1 Items    Go to Page: 1 of 1 [ GO ]    Page Size: 10 ▼

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**          VIEWS          FIND          CREATE          ADMIN

Upload Invoice                                    NEW UPLOAD

**STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION**

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0122 |
| Record ID | 64988112 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



HALYARD          VIEWS                    FIND                    CREATE                ADMIN                              

Upload Invoice                                        BACK   NEXT                                                          ✖ Cancel

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| Invoice No | 2018-0127 | | Invoice Date | 12 Mar 2018 |
|---|---|---|---|---|
| Payee | Oshima & Partners - Patent | | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | | Net | 174000 |
| Lines Uploaded | 1 | | Tax | 0 |
| Status | Awaiting Authorization | | Gross | 174000 |
| Image | 2018-0127 19905.pdf   REMOVE | | | |
| | (Only 'pdf', 'tif' files allowed) | | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | | Tax | Gross |
|---|---|---|---|---|---|---|---|---|
| 1 | Preparing and submitting amendment and argument | P301 - Prosecution - Agent's Fees | 64974266 | 174000.00 | | 0.00 | 174000.00 | |
| | 64804939JP08 - Application - JP - 2015-558593 - Preparation of Stabilized Catalase Enzymes With A Surfactant | | | | | | | |
| | | | Totals: | 174000.00 | | 0.00 | 174000.00 | |

| 1 Items | | Go to Page: 1 of 1 GO | | Page Size: 10 ▼ |
|---|---|---|---|---|

Law Engine Status:
Enabled

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**          VIEWS          FIND          CREATE          ADMIN

Upload Invoice                                    NEW UPLOAD

**STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION**

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0127 |
| Record ID | 64988113 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**          VIEWS                    FIND                    CREATE                    ADMIN                    

Upload Invoice                              BACK   NEXT                                                              ✖ Cancel

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | |
|---|---|---|---|
| Invoice No | 2018-0131 | Invoice Date | 14 Mar 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 29200 |
| Lines Uploaded | 2 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 29200 |
| Image | 2018-0131 19802.pdf   REMOVE | | |
| | (Only 'pdf, tif' files allowed) | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | | Tax | Gross |
|---|---|---|---|---|---|---|---|---|
| 1 | Flat Fee - Registration Fee (Discount JPY7,500) | P301 - Prosecution - Agent's Fees | 64973343 | 17500.00 | | 0.00 | 17500.00 | |
| | 64796201JP07 - Application - JP - 2015-548804 - Dilation Device for Placing Catheter Tubes | | | | | | | |
| 2 | official fee for prosecution | P302 - Prosecution - Expenses (government/postage/photocopy etc.) | 64973343 | 11700.00 | | 0.00 | 11700.00 | |
| | 64796201JP07 - Application - JP - 2015-548804 - Dilation Device for Placing Catheter Tubes | | | | | | | |
| | | | Totals: | 29200.00 | | 0.00 | 29200.00 | |

2 Items                    Go to Page: 1 of 1  GO                    Page Size: 10 ▼



**HALYARD**          VIEWS          FIND          CREATE          ADMIN

Upload Invoice                                    NEW UPLOAD

**STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION**

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0131 |
| Record ID | 64988114 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.





**HALYARD**       VIEWS       FIND       CREATE       ADMIN

Upload Invoice                                    BACK   NEXT                                    ✖ Cancel

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | |
|---|---|---|---|
| Invoice No | 2018-0132 | Invoice Date | 14 Mar 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 174000 |
| Lines Uploaded | 1 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 174000 |
| Image | 2018-0132 19296.pdf  REMOVE | | |
| | (Only 'pdf', 'tif' files allowed) | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | | Tax | Gross |
|---|---|---|---|---|---|---|---|---|
| 1 | Preparing and submitting amendment and argument | P301 - Prosecution - Agent's Fees | 64946468 | 174000.00 | | 0.00 | 174000.00 | |
| | 64771027JP15 - Application - JP - 2014-532547 - Flexible Multi-Panel Sterilization Assembly With Side Tabs | | | | | | | |
| | | | Totals: | 174000.00 | | 0.00 | 174000.00 | |

1 Items                    Go to Page: 1 of 1  GO                    Page Size: 10 ▼

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**          VIEWS          FIND          CREATE          ADMIN

Upload Invoice                              NEW UPLOAD

**STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION**

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0132 |
| Record ID | 64988115 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**    VIEWS        FIND            CREATE          ADMIN 

Upload Invoice                                    BACK   NEXT                                    ✖ Cancel

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | |
|---|---|---|---|
| Invoice No | 2018-0133 | Invoice Date | 14 Mar 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 42400 |
| Lines Uploaded | 2 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 42400 |
| Image | 2018-0133 20403.pdf   REMOVE | | |
| | (Only 'pdf', 'tif' files allowed) | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | | Tax | Gross |
|---|---|---|---|---|---|---|---|---|
| 1 | Flat Fee - Registration Fee (Discount JPY7,500) | P301 - Prosecution - Agent's Fees | 64982198 | 17500.00 | | 0.00 | 17500.00 | |
| | 64512569JP25 - Allowed - JP - 2016-143958 - Improved Inflatable Retention System for an Enteral Feeding Device | | | | | | | |
| 2 | official fee for prosecution | P302 - Prosecution - Expenses (government/postage/photocop etc.) | 64982198 | 24900.00 | | 0.00 | 24900.00 | |
| | 64512569JP25 - Allowed - JP - 2016-143958 - Improved Inflatable Retention System for an Enteral Feeding Device | | | | | | | |
| | | | Totals: | 42400.00 | | 0.00 | 42400.00 | |

2 Items            Go to Page: 1 of 1 GO            Page Size: 10 ▼

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.





**HALYARD**          VIEWS                FIND                    CREATE                ADMIN

Upload Invoice                                    [ NEW UPLOAD ]

STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0133 |
| Record ID | 64988116 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**          VIEWS          FIND          CREATE          ADMIN                    

Upload Invoice                        BACK    NEXT                                    ✖ Cancel

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | |
|---|---|---|---|
| Invoice No | 2018-0143 | Invoice Date | 21 Mar 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 728112 |
| Lines Uploaded | 3 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 728112 |
| Image | 2018-0143 21343.pdf    REMOVE | | |
| | (Only 'pdf', 'tif' files allowed) | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | | Tax | Gross |
|---|---|---|---|---|---|---|---|---|
| 1 | submission of national phase application (Fixed) (Discount JPY54,000) | P101 - Filing - Agent's Fees | 64987538 | 126000.00 | | 0.00 | 126000.00 | |
| | 64982944JP09 - Application - JP - A Dual Port Tube for Suction and Feeding System, Method, and Apparatus | | | | | | | |
| 2 | translation/typing fees (17,800 words, 30 pages, JPY4,720 per 100 words) (Discount JPY252,048) | P101 - Filing - Agent's Fees | 64987538 | 588112.00 | | 0.00 | 588112.00 | |
| | 64982944JP09 - Application - JP - A Dual Port Tube for Suction and Feeding System, Method, and Apparatus | | | | | | | |
| 3 | official fee for filing (Fixed) | P102 - Filing - Expenses | 64987538 | 14000.00 | | 0.00 | 14000.00 | |
| | | | Totals: | 728112.00 | | 0.00 | 728112.00 | |

3 Items              Go to Page: 1 of 1  GO          Page Size: 10 ▼

VIEW ALL

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.

**HALYARD**            VIEWS            FIND            CREATE            ADMIN                    

Upload Invoice                                        [ NEW UPLOAD ]

STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0143 |
| Record ID | 64988117 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**          VIEWS          FIND          CREATE          ADMIN          

Upload Invoice                                    [BACK] [NEXT]                              ✕ Cancel

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | | |
|---|---|---|---|---|
| Invoice No | 2018-0145 | | Invoice Date | 22 Mar 2018 |
| Payee | Oshima & Partners - Patent | | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | | Net | 105000 |
| Lines Uploaded | 1 | | Tax | 0 |
| Status | Awaiting Authorization | | Gross | 105000 |
| Image | 2018-0145 20697.pdf [REMOVE] | | | |
| | (Only 'pdf, tif' files allowed) | | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | | Tax | Gross |
|---|---|---|---|---|---|---|---|---|
| 1 | Preparing and submitting amendment and argument | P301 - Prosecution - Agent's Fees | 64983375 | 105000.00 | | 0.00 | 105000.00 | |
| | 64981293JP05 - Application - JP - 2017-003499 - Nerve Stimulator | | | | | | | |
| | | | Totals: | 105000.00 | | 0.00 | 105000.00 | |

1 Items            Go to Page: [1] of 1 [GO]            Page Size: [10 ▼]

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**⦿ HALYARD**   VIEWS   FIND   CREATE   ADMIN   

Upload Invoice   [ NEW UPLOAD ]

STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0145 |
| Record ID | 64988118 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



HALYARD     VIEWS     FIND     CREATE     ADMIN 

Upload Invoice     BACK   NEXT     ✖ Cancel

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | |
|---|---|---|---|
| Invoice No | 2018-0147 | Invoice Date | 22 Mar 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 78000 |
| Lines Uploaded | 1 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 78000 |
| Image | 2018-0147 19764.pdf  REMOVE | | |
| | (Only 'pdf, tif' files allowed) | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | | Tax | Gross |
|---|---|---|---|---|---|---|---|---|
| 1 | Preparing and submitting amendment and argument | P301 - Prosecution - Agent's Fees | 64972535 | 78000.00 | | 0.00 | 78000.00 | |
| | 64642544JP22 - Application - JP - 2015-544570 - Medical Connector With A Reversibly Deformable Lobe | | | | | | | |
| | | | Totals: | 78000.00 | | 0.00 | 78000.00 | |

1 Items     Go to Page: 1 of 1 GO     Page Size: 10 ▼

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**          VIEWS                    FIND                       CREATE                    ADMIN                              

Upload Invoice                                                       NEW UPLOAD

STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0147 |
| Record ID | 64988119 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |



# **<u>APRIL 2018</u>**

HALYARD                VIEWS              FIND                CREATE              ADMIN

Upload Invoice                                                                                    BACK  NEXT

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | |
|---|---|---|---|
| Invoice No | 2018-0176 | Invoice Date | 12 Apr 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 355024 |
| Lines Uploaded | 4 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 355024 |
| Image | 2018-0176 21392.pdf  REMOVE | | |
| | (Only 'pdf, tif' files allowed) | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | Net | Tax Code | Tax | Gross |
|---|---|---|---|---|---|---|---|
| 1 | submission of national phase application (Fixed) (Discount JPY54,000) | P101 - Filing - Agent's Fees | 64988027 | 126000.00 | | 0.00 | 126000.00 |
| | 64973915JP15 - Application - JP - 2018-518955 - Method and System for Splicing Nose Wire in a Facemask Manufacturing Process | | | | | | |
| 2 | translation/typing fees (5,600 words, 9 pages, JPY4,720 per 100 words) (Discount JPY79,296) | P101 - Filing - Agent's Fees | 64988027 | 185024.00 | | 0.00 | 185024.00 |
| | 64973915JP15 - Application - JP - 2018-518955 - Method and System for Splicing Nose Wire in a Facemask Manufacturing Process | | | | | | |
| 3 | official fee for filing (Fixed) | P102 - Filing - Expenses | 64988027 | 14000.00 | | 0.00 | 14000.00 |
| | | | Totals: | 355024.00 | | 0.00 | 355024.00 |

4 Items          Go to Page: 1 of 1 GO          Page Size: 10 ▼

VIEW ALL

**HALYARD**          VIEWS              FIND               CREATE             ADMIN

Upload Invoice                                                                          NEW UPLOAD

STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0176 |
| Record ID | 64988278 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**     VIEWS          FIND          CREATE          ADMIN          

Upload Invoice                                                                                    BACK   NEXT

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | | |
|---|---|---|---|---|
| Invoice No | 2018-0177 | Invoice Date | 12 Apr 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 371544 |
| Lines Uploaded | 4 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 371544 |
| Image | 2018-0177 21393.pdf   REMOVE | | |
| | (Only 'pdf, tif' files allowed) | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | Net | Tax Code | Tax | Gross |
|---|---|---|---|---|---|---|---|
| 1 | submission of national phase application (Fixed) (Discount JPY54,000) | P101 - Filing - Agent's Fees | 64988046 | 126000.00 | | 0.00 | 126000.00 |
| | 64973915JP21 - Application - JP - 2018-519001 - Method and System for Splicing Nose Wire in a Facemask Manufacturing Process | | | | | | |
| 2 | translation/typing fees (6,100 words, 10 pages, JPY4,720 per 100 words) (Discount JPY86,376) | P101 - Filing - Agent's Fees | 64988046 | 201544.00 | | 0.00 | 201544.00 |
| | 64973915JP21 - Application - JP - 2018-519001 - Method and System for Splicing Nose Wire in a Facemask Manufacturing Process | | | | | | |
| 3 | official fee for filing (Fixed) | P102 - Filing - Expenses | 64988046 | 14000.00 | | 0.00 | 14000.00 |
| | | | | Totals: | 371544.00 | 0.00 | 371544.00 |

4 Items          Go to Page: 1 of 1  GO          Page Size: 10 ▾

VIEW ALL

**HALYARD**        VIEWS            FIND              CREATE              ADMIN

Upload Invoice                                                                          NEW UPLOAD

**STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION**

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0177 |
| Record ID | 64988279 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.


**HALYARD**         VIEWS              FIND                CREATE              ADMIN

Upload Invoice                                                                    BACK    NEXT

**STEP 2 OF 3: UPLOAD INVOICE FILE**

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | |
|---|---|---|---|
| Invoice No | 2018-0178 | Invoice Date | 12 Apr 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 335200 |
| Lines Uploaded | 4 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 335200 |
| Image | 2018-0178 21394.pdf  REMOVE | | |

(Only 'pdf, tif' files allowed)

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | Net | Tax Code | Tax | Gross |
|---|---|---|---|---|---|---|---|
| 1 | submission of national phase application (Fixed) (Discount JPY54,000) | P101 - Filing - Agent's Fees | 64988052 | 126000.00 | | 0.00 | 126000.00 |
| | 64973906JP29 - Application - JP - 2018-519037 - Method and System for Cutting and Placing Nose Wires in a Facemask Manufacturing Process | | | | | | |
| 2 | translation/typing fees (5,000 words, 8 pages, JPY4,720 per 100 words) (Discount JPY70,800) | P101 - Filing - Agent's Fees | 64988052 | 165200.00 | | 0.00 | 165200.00 |
| | 64973906JP29 - Application - JP - 2018-519037 - Method and System for Cutting and Placing Nose Wires in a Facemask Manufacturing Process | | | | | | |
| 3 | official fee for filing (Fixed) | P102 - Filing - Expenses | 64988052 | 14000.00 | | 0.00 | 14000.00 |
| | | | Totals: | 335200.00 | | 0.00 | 335200.00 |

4 Items          Go to Page: 1 of 1 GO          Page Size: 10 ▾

VIEW ALL

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.

**HALYARD**          VIEWS          FIND          CREATE          ADMIN

Upload Invoice                                                                          NEW UPLOAD

**STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION**

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0178 |
| Record ID | 64988280 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



HALYARD          VIEWS          FIND          CREATE          ADMIN

Upload Invoice                                                                    BACK   NEXT

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| Invoice No | 2018-0180 | Invoice Date | 13 Apr 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 321984 |
| Lines Uploaded | 4 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 321984 |
| Image | 2018-0180 21395.pdf   REMOVE | | |
| | (Only 'pdf, tif' files allowed) | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | Net | Tax Code | Tax | Gross |
|------|--------|-------------|-----------|-----|----------|-----|-------|
| 1 | submission of national phase application (Fixed) (Discount JPY54,000) | P101 - Filing - Agent's Fees | 64988064 | 126000.00 | | 0.00 | 126000.00 |
| | 64973906JP35 - Application - JP - 2018-519446 - Method and System for Placing Pre-Cut Nose Wires in a Facemask Manufacturing Process | | | | | | |
| 2 | translation/typing fees (4,600 words, 8 pages, JPY4,720 per 100 words) (Discount JPY65,136) | P101 - Filing - Agent's Fees | 64988064 | 151984.00 | | 0.00 | 151984.00 |
| | 64973906JP35 - Application - JP - 2018-519446 - Method and System for Placing Pre-Cut Nose Wires in a Facemask Manufacturing Process | | | | | | |
| 3 | official fee for filing (Fixed) | P102 - Filing - Expenses | 64988064 | 14000.00 | | 0.00 | 14000.00 |
| | | | Totals: | 321984.00 | | 0.00 | 321984.00 |

4 Items          Go to Page: 1 of 1  GO          Page Size: 10 ▼

VIEW ALL

**HALYARD**          VIEWS          FIND          CREATE          ADMIN

Upload Invoice                                                              NEW UPLOAD

**STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION**

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0180 |
| Record ID | 64988281 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



HALYARD          VIEWS          FIND          CREATE          ADMIN

Upload Invoice                                                                    BACK   NEXT

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| Invoice No | 2018-0181 | Invoice Date | 13 Apr 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 364936 |
| Lines Uploaded | 4 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 364936 |
| Image | 2018-0181 21396.pdf  REMOVE | | |
| | (Only 'pdf, tif' files allowed) | | |

▼ Invoice Line Items



| Line | Detail | Charge Code | Record ID | Net | Tax Code | Tax | Gross |
|---|---|---|---|---|---|---|---|
| 1 | submission of national phase application (Fixed) (Discount JPY54,000) | P101 - Filing - Agent's Fees | 64988070 | 126000.00 | | 0.00 | 126000.00 |
| | 64973896JP08 - Application - JP - 2018-519477 - Method and System for Automated Stacking and Loading Wrapped Facemasks into a Carton in a Manufacturing Line | | | | | | |
| 2 | translation/typing fees (5,900 words, 10 pages, JPY4,720 per 100 words) (Discount JPY83,544) | P101 - Filing - Agent's Fees | 64988070 | 194936.00 | | 0.00 | 194936.00 |
| | 64973896JP08 - Application - JP - 2018-519477 - Method and System for Automated Stacking and Loading Wrapped Facemasks into a Carton in a Manufacturing Line | | | | | | |
| 3 | official fee for filing (Fixed) | P102 - Filing - Expenses | 64988070 | 14000.00 | | 0.00 | 14000.00 |
| | | | Totals: | 364936.00 | | 0.00 | 364936.00 |

4 Items          Go to Page: 1 of 1  GO          Page Size: 10 ▼

VIEW ALL

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**   VIEWS   FIND   CREATE   ADMIN

Upload Invoice

NEW UPLOAD

**STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION**

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0181 |
| Record ID | 64988282 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**   VIEWS   FIND   CREATE   ADMIN   

Upload Invoice                                                                                    BACK   NEXT

**STEP 2 OF 3: UPLOAD INVOICE FILE**

▼ **Invoice Header Details**

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | |
|---|---|---|---|
| Invoice No | 2018-0182 | Invoice Date | 13 Apr 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 335200 |
| Lines Uploaded | 4 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 335200 |
| Image | 2018-0182 21397.pdf   REMOVE | | |
| | (Only 'pdf, tif' files allowed) | | |

▼ **Invoice Line Items**



| Line | Detail | Charge Code | Record ID | Net | NetTax Code | Tax | Gross |
|---|---|---|---|---|---|---|---|
| 1 | submission of national phase application (Fixed) (Discount JPY54,000) | P101 - Filing - Agent's Fees | 64988077 | 126000.00 | | 0.00 | 126000.00 |
| | 64973896(P14 - Application - JP - 2018-519340 - Method and System for Automated Stacking and Loading of Wrapped Facemasks into a Carton in a Manufacturing Line | | | | | | |
| 2 | translation/typing fees (5,000 words, 8 pages, JPY4,720 per 100 words) (Discount JPY70,800) | P101 - Filing - Agent's Fees | 64988077 | 165200.00 | | 0.00 | 165200.00 |
| | 64973896(P14 - Application - JP - 2018-519340 - Method and System for Automated Stacking and Loading of Wrapped Facemasks into a Carton in a Manufacturing Line | | | | | | |
| 3 | official fee for filing (Fixed) | P102 - Filing - Expenses | 64988077 | 14000.00 | | 0.00 | 14000.00 |
| | | | Totals: | 335200.00 | | 0.00 | 335200.00 |

4 Items          Go to Page: 1 of 1 GO          Page Size: 10 ▼

VIEW ALL

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.

**HALYARD**              VIEWS              FIND              CREATE              ADMIN

Upload Invoice                                                                    NEW UPLOAD

STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0182 |
| Record ID | 64988283 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



HALYARD          VIEWS                FIND                CREATE                ADMIN

Upload Invoice                                                                                    BACK   NEXT

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| Invoice No | 2018-0187 | | Invoice Date | 16 Apr 2018 |
|---|---|---|---|---|
| Payee | Oshima & Partners - Patent | | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | | Net | 301896 |
| Lines Uploaded | 3 | | Tax | 0 |
| Status | Awaiting Authorization | | Gross | 301896 |
| Image | 2018-0187 21390.pdf   REMOVE | | | |
| | (Only 'pdf, tif' files allowed) | | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | Tax | Gross |
|---|---|---|---|---|---|---|---|
| 1 | submission of national phase application (Fixed) (Discount JPY54,000) | P101 - Filing - Agent's Fees | 64987920 | 126000.00 | | 0.00 | 126000.00 |
| | 64973559JP09 - Application - JP - 2018-519720 - Ultrasound probe with integrated needle advancer | | | | | | |
| 2 | translation/typing fees (4,900 words, 8 pages, JPY4,720 per 100 words) (Discount JPY69,384) | P101 - Filing - Agent's Fees | 64987920 | 161896.00 | | 0.00 | 161896.00 |
| | 64973559JP09 - Application - JP - 2018-519720 - Ultrasound probe with integrated needle advancer | | | | | | |
| 3 | official fee for filing (Fixed) | P102 - Filing - Expenses | 64987920 | 14000.00 | | 0.00 | 14000.00 |
| | | | Totals: | 301896.00 | | 0.00 | 301896.00 |

3 Items          Go to Page: 1  of 1  GO          Page Size: 10 ▼

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**          VIEWS                FIND                CREATE              ADMIN

Upload Invoice                                                                    NEW UPLOAD

**STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION**

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0187 |
| Record ID | 64988284 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Law Engine Status:
Enabled

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**          VIEWS          FIND          CREATE          ADMIN

Upload Invoice                                                                          BACK   NEXT

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | | |
|---|---|---|---|---|
| Invoice No | 2018-0190 | Invoice Date | 17 Apr 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 190600 |
| Lines Uploaded | 2 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 190600 |
| Image | 2018-0190 20538.pdf   REMOVE | | |
| | (Only 'pdf, tif' files allowed) | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | | Tax | Gross |
|---|---|---|---|---|---|---|---|---|
| 1 | Flat Fee - submission of request for examination (Discount JPY5,400) | P301 - Prosecution - Agent's Fees | 64982896 | 12600.00 | | 0.00 | 12600.00 | |
| 64959547JP06 - Application - JP - 2016-565031 - Surgical Drape With Sterile System Access | | | | | | | | |
| 2 | official fee for prosecution | P302 - Prosecution - Expenses (government/postage/photocopi etc.) | 64982896 | 178000.00 | | 0.00 | 178000.00 | |
| | | | Totals: | 190600.00 | | 0.00 | 190600.00 | |

2 Items                    Go to Page: 1 of 1 GO          Page Size: 10 ▼

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**      VIEWS      FIND      CREATE      ADMIN

Upload Invoice

NEW UPLOAD

STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0190 |
| Record ID | 64988285 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.





**HALYARD**    VIEWS         FIND              CREATE            ADMIN

Upload Invoice                                                                    BACK    NEXT

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | | |
|---|---|---|---|---|
| Invoice No | 2018-0191 | | Invoice Date | 17 Apr 2018 |
| Payee | Oshima & Partners - Patent | | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | | Net | 190600 |
| Lines Uploaded | 2 | | Tax | 0 |
| Status | Awaiting Authorization | | Gross | 190600 |
| Image | 2018-0191 20521.pdf   REMOVE | | | |
| | (Only 'pdf, tif' files allowed) | | | |

▼ Warnings

The following warnings will not prevent invoices from being created, but may indicate reasons why this upload should not proceed.
An invoice of the same Date and Amount already exists for this payee.

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | | Tax | Gross |
|---|---|---|---|---|---|---|---|---|
| 1 | Flat Fee - submission of request for examination (Discount JPY5,400) | P301 - Prosecution - Agent's Fees | 64982634 | 12600.00 | | 0.00 | 12600.00 | |
| | 64951005JP06 - Application - JP - 2016-566620 - Catheter Connector Insert | | | | | | | |
| 2 | official fee for prosecution | P302 - Prosecution - Expenses (government/postage/photocopi etc.) | 64982634 | 178000.00 | | 0.00 | 178000.00 | |
| | | | Totals: | 190600.00 | | 0.00 | 190600.00 | |

2 Items                    Go to Page:  1  of 1   GO            Page Size:  10 ▼

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**       VIEWS                    FIND                       CREATE                          ADMIN

Upload Invoice                                                                                    NEW UPLOAD

**STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION**

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0191 |
| Record ID | 64988286 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**    VIEWS    FIND    CREATE    ADMIN    

Upload Invoice                                                                    BACK   NEXT

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | | |
|---|---|---|---|---|
| Invoice No | 2018-0192 | Invoice Date | 17 Apr 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 190600 |
| Lines Uploaded | 2 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 190600 |
| Image | 2018-0192 20522.pdf   REMOVE | | |
| | (Only 'pdf, tif' files allowed) | | |

▼ Warnings

The following warnings will not prevent invoices from being created, but may indicate reasons why this upload should not proceed.
An invoice of the same Date and Amount already exists for this payee.

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | | Tax | Gross |
|---|---|---|---|---|---|---|---|---|
| 1 | Flat Fee - submission of request for examination (Discount JPY5,400) | P301 - Prosecution - Agent's Fees | 64982629 | 12600.00 | | 0.00 | 12600.00 | |
| | 64950035JP06 - Application - JP - 2016-566807 - Catheter Connector Insert | | | | | | | |
| 2 | official fee for prosecution | P302 - Prosecution - Expenses (government/postage/photocopi etc.) | 64982629 | 178000.00 | | 0.00 | 178000.00 | |
| | | | Totals: | 190600.00 | | 0.00 | 190600.00 | |

2 Items            Go to Page: 1 of 1  GO            Page Size: 10 ▼

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.


**HALYARD**        VIEWS            FIND            CREATE            ADMIN

Upload Invoice                                                                    NEW UPLOAD

STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0192 |
| Record ID | 64988287 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**      VIEWS      FIND      CREATE      ADMIN

Upload Invoice                                                                    BACK   NEXT

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| Invoice No | 2018-0193 | | Invoice Date | 18 Apr 2018 |
|---|---|---|---|---|
| Payee | Oshima & Partners - Patent | | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | | Net | 190600 |
| Lines Uploaded | 2 | | Tax | 0 |
| Status | Awaiting Authorization | | Gross | 190600 |
| Image | 2018-0193 20575.pdf   REMOVE | | | |
| | (Only 'pdf, tif' files allowed) | | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | NetTax Code | | Tax | Gross |
|---|---|---|---|---|---|---|---|
| 1 | Flat Fee - submission of request for examination (Discount JPY5,400) | P301 - Prosecution - Agent's Fees | 64982906 | 12600.00 | 0.00 | 12600.00 | |
| | 64949222JP06 - Application - JP - 2016-573492 - Over-the-Needle Catheter Sleeve | | | | | | |
| 2 | official fee for prosecution | P302 - Prosecution - Expenses (government/postage/photocopi etc.) | 64982906 | 178000.00 | 0.00 | 178000.00 | |
| | | | Totals: | 190600.00 | 0.00 | 190600.00 | |

2 Items                    Go to Page:  1  of 1  GO                    Page Size:  10 ▼

Law Engine Status:
Enabled                    Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**         VIEWS                FIND                 CREATE                ADMIN

Upload Invoice                                                                    NEW UPLOAD

STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0193 |
| Record ID | 64988288 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.


**HALYARD**     VIEWS          FIND          CREATE          ADMIN

Upload Invoice                                                          BACK   NEXT

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | |
|---|---|---|---|
| Invoice No | 2018-0194 | Invoice Date | 18 Apr 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 187000 |
| Lines Uploaded | 2 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 187000 |
| Image | 2018-0194 20576.pdf  REMOVE | | |
| | (Only 'pdf, tif' files allowed) | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | | Tax | Gross |
|---|---|---|---|---|---|---|---|---|
| 1 | Flat Fee - submission of request for examination (Discount JPY5,400) | P301 - Prosecution - Agent's Fees | 64982915 | 12600.00 | | 0.00 | 12600.00 | |
| | 64948934JP06 - Application - JP - 2016-573470 - Over-The-Needle Expandable Catheter | | | | | | | |
| 2 | official fee for prosecution | P302 - Prosecution - Expenses (government/postage/photocopi etc.) | 64982915 | 174400.00 | | 0.00 | 174400.00 | |
| | | | Totals: | 187000.00 | | 0.00 | 187000.00 | |

2 Items          Go to Page: 1 of 1 GO          Page Size: 10 ▼



**HALYARD**

VIEWS                  FIND                  CREATE                  ADMIN

Upload Invoice                                                                                          NEW UPLOAD

**STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION**

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0194 |
| Record ID | 64988289 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**        VIEWS              FIND              CREATE              ADMIN                                    

Upload Invoice                                                                                          BACK    NEXT

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | |
|---|---|---|---|
| Invoice No | 2018-0196 | Invoice Date | 18 Apr 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 190600 |
| Lines Uploaded | 2 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 190600 |
| Image | 2018-0196 20581.pdf   REMOVE | | |
| | (Only 'pdf, tif' files allowed) | | |

▼ Warnings

The following warnings will not prevent invoices from being created, but may indicate reasons why this upload should not proceed.
An invoice of the same Date and Amount already exists for this payee.

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | | Tax | Gross |
|---|---|---|---|---|---|---|---|---|
| 1 | Flat Fee - submission of request for examination (Discount JPY5,400) | P301 - Prosecution - Agent's Fees | 64982985 | 12600.00 | | 0.00 | 12600.00 | |
| | 64949720JP06 - Application - JP - 2016-570890 - Needle Hub for Over-the-Needle Catheter | | | | | | | |
| 2 | official fee for prosecution | P302 - Prosecution - Expenses (government/postage/photocopi etc.) | 64982985 | 178000.00 | | 0.00 | 178000.00 | |
| | | | Totals: | 190600.00 | | 0.00 | 190600.00 | |

2 Items                    Go to Page:  1  of 1   GO                    Page Size:  10 ▼

**HALYARD**          VIEWS              FIND              CREATE              ADMIN

Upload Invoice                                                                                    NEW UPLOAD

**STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION**

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0196 |
| Record ID | 64988290 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**    VIEWS    FIND    CREATE    ADMIN    

Upload Invoice    BACK  NEXT

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | |
|---|---|---|---|
| Invoice No | 2018-0197 | Invoice Date | 18 Apr 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 183400 |
| Lines Uploaded | 2 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 183400 |
| Image | 2018-0197 20582.pdf  REMOVE | | |
| | (Only 'pdf, tif' files allowed) | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | | Tax | Gross |
|---|---|---|---|---|---|---|---|---|
| 1 | Flat Fee - submission of request for examination (Discount JPY5,400) | P301 - Prosecution - Agent's Fees | 64982995 | 12600.00 | | 0.00 | 12600.00 | |
| | 64949922JP06 - Application - JP - 2016-570781 - Over-the-Needle Catheter Insert | | | | | | | |
| 2 | official fee for prosecution | P302 - Prosecution - Expenses (government/postage/photocopi etc.) | 64982995 | 170800.00 | | 0.00 | 170800.00 | |
| | | | Totals: | 183400.00 | | 0.00 | 183400.00 | |

2 Items    Go to Page: 1 of 1 GO    Page Size: 10 ▾

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.

**HALYARD**        VIEWS            FIND            CREATE            ADMIN

Upload Invoice                                                                                    NEW UPLOAD

STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0197 |
| Record ID | 64988291 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



HALYARD          VIEWS          FIND          CREATE          ADMIN          

Upload Invoice                                                                    BACK   NEXT

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | |
|---|---|---|---|
| Invoice No | 2018-0198 | Invoice Date | 18 Apr 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 190600 |
| Lines Uploaded | 2 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 190600 |
| Image | 2018-0198 21143.pdf   REMOVE | | |
| | (Only 'pdf', tif' files allowed) | | |

▼ Warnings

The following warnings will not prevent invoices from being created, but may indicate reasons why this upload should not proceed.
An invoice of the same Date and Amount already exists for this payee.

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | | Tax | Gross |
|---|---|---|---|---|---|---|---|---|
| 1 | Flat Fee - submission of request for examination (Discount JPY5,400) | P301 - Prosecution - Agent's Fees | 64985968 | 12600.00 | | 0.00 | 12600.00 | |
| | 64967106JP05 - Application - JP - 2017-565183 - ECHOGENIC COIL MEMBER FOR A CATHETER ASSEMBLY | | | | | | | |
| 2 | official fee for prosecution | P302 - Prosecution - Expenses (government/postage/photocopi etc.) | 64985968 | 178000.00 | | 0.00 | 178000.00 | |
| | | | Totals: | 190600.00 | | 0.00 | 190600.00 | |

2 Items          Go to Page: 1 of 1  GO          Page Size: 10 ▼



**HALYARD**

VIEWS          FIND          CREATE          ADMIN

Upload Invoice                                                                                    NEW UPLOAD

STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| Invoice Number | 2018-0198 |
| Record ID | 64988292 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.





**HALYARD**          VIEWS          FIND          CREATE          ADMIN

Upload Invoice                                                                    BACK  NEXT

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | |
|---|---|---|---|
| Invoice No | 2018-0199 | Invoice Date | 18 Apr 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 190600 |
| Lines Uploaded | 2 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 190600 |
| Image | 2018-0199 21144.pdf   REMOVE | | |
| | (Only 'pdf, tif' files allowed) | | |

▼ Warnings

The following warnings will not prevent invoices from being created, but may indicate reasons why this upload should not proceed.
An invoice of the same Date and Amount already exists for this payee.

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | Tax | Gross |
|---|---|---|---|---|---|---|---|
| 1 | Flat Fee - submission of request for examination (Discount JPY5,400) | P301 - Prosecution - Agent's Fees | 64985974 | 12600.00 | | 0.00 | 12600.00 |
| | 64968576JP05 - Application - JP - 2017-565181 - ECHOGENIC CATHETER MEMBER | | | | | | |
| 2 | official fee for prosecution | P302 - Prosecution - Expenses (government/postage/photocopi etc.) | 64985974 | 178000.00 | | 0.00 | 178000.00 |
| | | | Totals: | 190600.00 | | 0.00 | 190600.00 |

2 Items              Go to Page: 1 of 1  GO          Page Size: 10 ▼



**HALYARD**          VIEWS                    FIND                    CREATE                    ADMIN

Upload Invoice                                                                                          NEW UPLOAD

STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0199 |
| Record ID | 64988293 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**

VIEWS            FIND            CREATE            ADMIN



Upload Invoice                                                                    BACK  NEXT

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | |
|---|---|---|---|
| Invoice No | 2018-0200 | Invoice Date | 18 Apr 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 190600 |
| Lines Uploaded | 2 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 190600 |
| Image | 2018-0200 21145.pdf  REMOVE | | |
| | (Only 'pdf, tif' files allowed) | | |

▼ Warnings

The following warnings will not prevent invoices from being created, but may indicate reasons why this upload should not proceed.
An invoice of the same Date and Amount already exists for this payee.

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | | Tax | Gross |
|---|---|---|---|---|---|---|---|---|
| 1 | Flat Fee - submission of request for examination (Discount JPY5,400) | P301 - Prosecution - Agent's Fees | 64986013 | 12600.00 | | 0.00 | 12600.00 | |
| 64960249JP05 - Application - JP - 2017-564729 - EXPANDABLE STRAIN RELIEF SLEEVE FOR A CATHETER ASSEMBLY | | | | | | | | |
| 2 | official fee for prosecution | P302 - Prosecution - Expenses (government/postage/photocopi etc.) | 64986013 | 178000.00 | | 0.00 | 178000.00 | |
| | | | Totals: | 190600.00 | | 0.00 | 190600.00 | |

2 Items                Go to Page:  1  of 1  GO            Page Size:  10 ▼

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**

VIEWS                    FIND                    CREATE                    ADMIN

Upload Invoice                                                                                    NEW UPLOAD

**STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION**

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0200 |
| Record ID | 64988294 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**    VIEWS    FIND    CREATE    ADMIN

Upload Invoice    BACK    NEXT

**STEP 2 OF 3: UPLOAD INVOICE FILE**

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | | |
|---|---|---|---|---|
| Invoice No | 2018-0208 | Invoice Date | 23 Apr 2018 | |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama | |
| Currency | Japanese Yen | Net | 43000 | |
| Lines Uploaded | 2 | Tax | 0 | |
| Status | Awaiting Authorization | Gross | 43000 | |
| Image | BROWSE | | | |
| | (Only 'pdf, tif' files allowed) | | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | | Tax | Gross |
|---|---|---|---|---|---|---|---|---|
| 1 | Flat Fee - Registration Fee (Discount JPY7,500) | P301 - Prosecution - Agent's Fees | 64983375 | 17500.00 | | 0.00 | 17500.00 | |
| 64981293JP0S - Allowed - JP - 2017-003499 - Nerve Stimulator | | | | | | | | |
| 2 | official fee for prosecution | P302 - Prosecution - Expenses (government/postage/photocopi etc.) | 64983375 | 25500.00 | | 0.00 | 25500.00 | |
| | | | Totals: | 43000.00 | | 0.00 | 43000.00 | |

2 Items          Go to Page: 1 of 1 GO          Page Size: 10 ▼

Law Engine Status: Enabled          Terms & Conditions | Privacy Policy          © Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**          VIEWS                    FIND                    CREATE                    ADMIN

Upload Invoice                                                                                    NEW UPLOAD

STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0208 |
| Record ID | 64988295 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**      VIEWS          FIND              CREATE            ADMIN

Upload Invoice                                                                                    BACK   NEXT

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | |
|---|---|---|---|
| Invoice No | 2018-0209 | Invoice Date | 23 Apr 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 295288 |
| Lines Uploaded | 3 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 295288 |
| Image | 2018-0209 21391.pdf   REMOVE | | |
| | (Only 'pdf, tif' files allowed) | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | | Tax | Gross |
|---|---|---|---|---|---|---|---|---|
| 1 | submission of national phase application (Fixed) (Discount JPY54,000) | P101 - Filing - Agent's Fees | 64987893 | 126000.00 | | 0.00 | 126000.00 | |
| | 64973546JP09 - Application - JP - 3D Ultrasound Imaging System for Nerve Block Applications | | | | | | | |
| 2 | translation/typing fees (4,700 words, 8 pages, JPY4,720 per 100 words) (Discount JPY66,552) | P101 - Filing - Agent's Fees | 64987893 | 155288.00 | | 0.00 | 155288.00 | |
| | 64973546JP09 - Application - JP - 3D Ultrasound Imaging System for Nerve Block Applications | | | | | | | |
| 3 | official fee for filing (Fixed) | P102 - Filing - Expenses | 64987893 | 14000.00 | | 0.00 | 14000.00 | |
| | | | Totals: | 295288.00 | | 0.00 | 295288.00 | |

3 Items          Go to Page: 1 of 1  GO          Page Size: 10 ▼

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**                VIEWS                    FIND                        CREATE                    ADMIN

Upload Invoice                                                                                                    NEW UPLOAD

**STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION**

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0209 |
| Record ID | 64988296 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.


**HALYARD**           VIEWS                    FIND                    CREATE                    ADMIN

Upload Invoice                                                                                         BACK   NEXT

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | | |
|---|---|---|---|---|
| Invoice No | 2018-0211 | Invoice Date | 23 Apr 2018 | |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama | |
| Currency | Japanese Yen | Net | 33400 | |
| Lines Uploaded | 2 | Tax | 0 | |
| Status | Awaiting Authorization | Gross | 33400 | |
| Image | | | | |
| | BROWSE | | | |
| | (Only 'pdf, tif' files allowed) | | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | | Tax | Gross |
|---|---|---|---|---|---|---|---|---|
| 1 | Flat Fee - Registration Fee (Discount JPY7,500) | P301 - Prosecution - Agent's Fees | 64930909 | 17500.00 | | 0.00 | 17500.00 | |
| 64697749JP08 - Application - JP - 2014-504411 - Biosorbable Wound Treatment Device, Process for Making, and Method of Using the Same | | | | | | | | |
| 2 | official fee for prosecution | P302 - Prosecution - Expenses (government/postage/photocopi etc.) | 64930909 | 15900.00 | | 0.00 | 15900.00 | |
| | | | Totals: | 33400.00 | | 0.00 | 33400.00 | |

2 Items                          Go to Page:  1  of 1  GO          Page Size:  10  ▼



**HALYARD**          VIEWS                    FIND                      CREATE                      ADMIN

Upload Invoice                                                                                    NEW UPLOAD

STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0211 |
| Record ID | 64988297 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**      VIEWS      FIND      CREATE      ADMIN

Upload Invoice                                                                                   BACK   NEXT

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | |
|---|---|---|---|
| Invoice No | 2018-0215 | Invoice Date | 26 Apr 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 417536 |
| Lines Uploaded | 3 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 417536 |
| Image | 2018-0215 21401.pdf   REMOVE | | |
| | (Only 'pdf, tif' files allowed) | | |

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | | NetTax Code | | Tax | Gross |
|---|---|---|---|---|---|---|---|---|
| 1 | submission of national phase application (Fixed) (Discount JPY54,000) | P101 - Filing - Agent's Fees | 64988107 | 126000.00 | | 0.00 | 126000.00 | |
| | 64972567)P13 - Application - JP - Sterilization Packaging Systems | | | | | | | |
| 2 | translation/typing fees (8,400 words, 14 pages, JPY4,720 per 100 words) (Discount JPY118,944) | P101 - Filing - Agent's Fees | 64988107 | 277536.00 | | 0.00 | 277536.00 | |
| | 64972567)P13 - Application - JP - Sterilization Packaging Systems | | | | | | | |
| 3 | official fee for filing (Fixed) | P102 - Filing - Expenses | 64988107 | 14000.00 | | 0.00 | 14000.00 | |
| | | | | Totals: | 417536.00 | 0.00 | 417536.00 | |

3 Items        Go to Page: 1 of 1  GO        Page Size: 10 ▼

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



**HALYARD**          VIEWS               FIND                CREATE              ADMIN

Upload Invoice                                                                          NEW UPLOAD

**STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION**

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0215 |
| Record ID | 64988298 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



# __MAY 2018__

HALYARD        VIEWS           FIND            CREATE          ADMIN

Upload Invoice                          BACK  NEXT                              ✖ Car

STEP 2 OF 3: UPLOAD INVOICE FILE

▼ Invoice Header Details

Please note that the invoice record is not created and associated with the specified file until all 3 steps have been completed.

| | | | |
|---|---|---|---|
| Invoice No | 2018-0220 | Invoice Date | 02 May 2018 |
| Payee | Oshima & Partners - Patent | Created By | Yuria Hatakeyama |
| Currency | Japanese Yen | Net | 4243968 |
| Lines Uploaded | 27 | Tax | 0 |
| Status | Awaiting Authorization | Gross | 4243968 |
| Image | Consolidated Invoice_Oshima&Partners May2018.pdf  REMOVE | | |

(Only 'pdf, tif' files allowed)

▼ Invoice Line Items

| Line | Detail | Charge Code | Record ID | Net | Tax Code | | Tax | Gross |
|---|---|---|---|---|---|---|---|---|
| 1 | submission of national phase application (Fixed) (Discount JPY54,000) | P101 - Filing - Agent's Fees | 64987935 | 126000.00 | | | 0.00 | 126000.00 |
| | 64972667JP07 - Application - JP - Ostomy Device, Apparatus, and System | | | | | | | |
| 2 | translation/typing fees (24,400 words, 41 pages, JPY4,720 per 100 words) (Discount JPY345,504) | P101 - Filing - Agent's Fees | 64987935 | 806176.00 | | | 0.00 | 806176.00 |
| | 64972667JP07 - Application - JP - Ostomy Device, Apparatus, and System | | | | | | | |
| 3 | official fee for filing (Fixed) | P102 - Filing - Expenses | 64987935 | 14000.00 | | | 0.00 | 14000.00 |
| | | | Totals: | 4243968.00 | | | 0.00 | 4243968.00 |

27 Items          Go to Page: 1  of 3   GO          Page Size: 10 ▼

VIEW ALL

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.

**HALYARD**       VIEWS                    FIND                    CREATE                    ADMIN

Upload Invoice                                    NEW UPLOAD

STEP 3 OF 3: INVOICE UPLOAD CONFIRMATION

Thank you for uploading your invoice

Please note the details below and use them should you have any queries regarding this invoice

| | |
|---|---|
| Invoice Number | 2018-0220 |
| Record ID | 64988435 |
| Contact Person | Laura Rubino |
| Telephone Number | +1 (470) 448-5424 |
| Email | laura.rubino@hyh.com |

Terms & Conditions | Privacy Policy
© Copyright 2002-2017 Anaqua, Inc. Proprietary & Confidential. All rights reserved.



# **AUGUST 2018**

# Oshima & Partners

差出人: "Oshima & Partners" <docket@oshpat.gr.jp>
日時: 2018年8月31日 16:17
宛先: "Rubino Laura" <laura.rubino@hyh.com>
CC: "docket" <docket@oshpat.gr.jp>
添付: Oshima August 2018 Invoice.pdf
件名: Oshima Invoice for August 2018 ---Oshima & Partners---

Dear Ms. Laura Rubino,

We are sending you our August 2018 invoices via email, due to the Anaqua shut down.
Please find the attached PDF file.

If you have any inquiries on this matter, please feel free to contact us.


Best regards,
Kaoru Takeshita (Ms.)
Patent Administrator
*****************************
Oshima & Partners
IP Building 2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051 Japan
TEL: 81-3-3556-1861
FAX: 81-3-3556-1871
E-mail: docket@oshpat.gr.jp
Web site: www.oshpat.gr.jp
*****************************

2018/08/31

# NOVEMBER 2018

**takeshita@oshpat.gr.jp**

差出人:　"Oshima & Partners" <docket@oshpat.gr.jp>
日時:　　2018年11月30日 16:22
宛先:　　"Rubino Laura" <laura.rubino@hyh.com>
CC:　　　"docket" <docket@oshpat.gr.jp>
添付:　　Oshima November 2018 Invoice.pdf
件名:　　Oshima Invoice for November 2018 –––Oshima & Partners–––

Dear Ms. Laura Rubino,

We are sending you our November 2018 invoices via email, due to the Anaqua shut down.
Please find the attached PDF file.

We have modified our invoice summary sheet as instructed in your email of October 31, 2018.
The address of the invoice has been changed from "Halyard Health, Inc." to "Avent, Inc." as instructed in your email. However, please kindly confirm that it does not have to be *Avanos.*
Our Invoice Number is indicated on the top right hand corner of the summary sheet.

Please do not hesitate to contact us if you have any inquiries on this matter or if further changes are required.

Best regards,
Kaoru Takeshita (Ms.)
Patent Administrator
*****************************
Oshima & Partners
IP Building 2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051 Japan
TEL: 81-3-3556-1861
FAX: 81-3-3556-1871
E-mail: docket@oshpat.gr.jp
Web site: www.oshpat.gr.jp
*****************************

# **<u>DECEMBER 2018</u>**

**takeshita@oshpat.gr.jp**

| | |
|---|---|
| 差出人: | "Oshima & Partners" <docket@oshpat.gr.jp> |
| 日時: | 2018年12月25日 18:19 |
| 宛先: | "Rubino Laura" <laura.rubino@hyh.com> |
| CC: | "Osh-docket" <docket@oshpat.gr.jp> |
| 添付: | ATT01509.txt; ATT01510.htm; Oshima December 2018 Invoice.pdf |
| 件名: | Oshima Invoice for December 2018 ---Oshima & Partners--- |

Dear Ms. Laura Rubino,

We are sending you our December 2018 invoices via email, due to the Anaqua shut down.
Please find the attached PDF file.

If you have any inquiries on this matter, please feel free to contact us.

Best regards,
Kaoru Takeshita (Ms.)
Patent Administrator
*****************************
Oshima & Partners
IP Building 2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051 Japan
TEL: 81-3-3556-1861
FAX: 81-3-3556-1871
E-mail: docket@oshpat.gr.jp
Web site: www.oshpat.gr.jp
*****************************

# JANUARY 2019

Subject: Oshima Invoice for January 2019 ---Oshima & Partners---
From:    "docket@oshpat.gr.jp" <docket@oshpat.gr.jp>
Date:    2019/01/31 15:11
添付ファ    Oshima January 2019 Invoice.pdf (102 KB)
イル:
CC:      docket@oshpat.gr.jp
To:      Laura.Rubino@avanos.com

Dear Ms. Laura Rubino,

We are sending you our January 2019 invoices via email, due to the Anaqua shut down.
Please find the attached PDF file.

If you have any inquiries on this matter, please feel free to contact us.

Best regards,
Kaoru Takeshita (Ms.)
Patent Administrator
****************************
Oshima & Partners
IP Building 2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051 Japan
TEL: 81-3-3556-1861
FAX: 81-3-3556-1871
E-mail: docket@oshpat.gr.jp
Web site: www.oshpat.gr.jp
****************************

# **<u>SEPTEMBER 2019</u>**

Subject: Oshima Invoice for September 2019 ---Oshima & Partners---
From:    "docket@oshpat.gr.jp" <docket@oshpat.gr.jp>
Date:    2019/09/30 18:32
添付ファ    📄 Oshima September 2019 Invoice-.pdf (217 KB)
イル:
CC:      docket@oshpat.gr.jp
To:      "Rubino, Laura" <Laura.Rubino@avanos.com>

Dear Ms. Laura Rubino,

We are sending you our September 2019 invoices via email, due to the Anaqua shut down.
Please find the attached PDF file.

If you have any inquiries on this matter, please feel free to contact us.

Best regards,
Kaoru Takeshita (Ms.)
Patent Administrator
****************************
Oshima & Partners
IP Building 2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051 Japan
TEL: 81-3-3556-1861
FAX: 81-3-3556-1871
E-mail: docket@oshpat.gr.jp
Web site: www.oshpat.gr.jp
****************************

# EXHIBIT C

# FEBRUARY 2018

# OSHIMA & PARTNERS
**patents trademarks designs**

IP Building                                        Telephone 03-3556-1861
2-20 Kanda-Jimbocho                                Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                         Email docket@oshpat.gr.jp
Japan

                                                   2018- 0062

Halyard Health, Inc.                               2018/02/06

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   Japanese Patent Application No. 2014-504411
         in the name of AVENT, INC.
         Your Ref: 64697749JP08              Our Ref: AVI-19081
---------------------------------------------------------------------

Attorney's fees:              ¥50,000

Preparing and submitting amendment and argument            ¥50,000

Official fees:                ¥0

                                                           ¥0

Anaqua Record ID: 64930909          **Grand Total      ¥50,000**
PO#.: 20277637

                              @            in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building                                          Telephone 03-3556-1861
2-20 Kanda-Jimbocho                                  Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                           Email docket@oshpat.gr.jp
Japan

                                                     2018− 0069
Halyard Health, Inc.                                 2018/02/08

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    New Japanese Patent Application
          in the name of Avent, Inc.
          Your Ref: 64949309JP05              Our Ref: AVI−21245
-------------------------------------------------------------------------------------

Attorney's fees:                    ¥512,568

Basic filing fee                                                    ¥180,000
Translation of the original application (11,700 Words, ¥4,720 per 100 words)    ¥552,240
Discount (30%)                                                    −¥219,672

Official fees:                      ¥14,000

Filling fee                                                         ¥14,000

Anaqua Record ID: 64987307          **Grand Total        ¥526,568**
PO#.: 20277637

                              @            in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
**patents trademarks designs**

IP Building                                              Telephone 03-3556-1861
2-20 Kanda-Jimbocho                                     Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                       Email docket@oshpat.gr.jp
Japan

                                                              2018- 0070
Halyard Health, Inc.                                    2018/02/08

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   New Japanese Patent Application
         in the name of Avent, Inc.
         Your Ref: 64949304JP05              Our Ref: AVI-21246
-----------------------------------------------------------------------------

| | |
|---|---|
| Attorney's fees: ¥442,176 | |
| Basic filing fee | ¥180,000 |
| Translation of the original application (11,800 Words, ¥4,720 per 100 words) | ¥556,960 |
| Discount (40%) | -¥294,784 |

| | |
|---|---|
| Official fees: ¥14,000 | |
| Filling fee | ¥14,000 |

| | | |
|---|---|---|
| Anaqua Record ID: 64987324, PO#.: 20277637 | **Grand Total** | **¥456,176** |
| Note: We have discounted 40% as the application shares large portions of the text of another application (64949309JP05) | @ | in US dollars |

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2018− 0087
2018/02/19

Halyard Health, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   Japanese Patent Application No.2016−554204
in the name of Avent, Inc.
Your Ref: 64917300JP10          Our Ref: AVI−20399

------------------------------------------------------------------------

| Attorney's fees: | ¥12,600 | |
|---|---|---|
| Requesting examination | | ¥12,600 |

| Official fees: | ¥199,600 | |
|---|---|---|
| Examination fee | | ¥199,600 |

Anaqua Record ID: 64981955
PO#.: 20277637

| **Grand Total** | **¥212,200** |
|---|---|
| @ | in US dollars |

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building                                                    Telephone 03-3556-1861
2-20 Kanda-Jimbocho                                            Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                                     Email docket@oshpat.gr.jp
Japan

                                                                        2018– 0095

Halyard Health, Inc.                                                    2018/02/23

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   New Japanese Patent Application
        in the name of Avent, Inc.
        Your Ref: 64934631JP05              Our Ref: AVI-21270
----------------------------------------------------------------------------

| Attorney's fees: | ¥344,064 | |
| --- | --- | --- |
| Basic filing fee | | ¥180,000 |
| Translation of the original application (6,600 Words, ¥4,720 per 100 words) | | ¥311,520 |
| Discount (30%) | | −¥147,456 |

| Official fees: | ¥14,000 | |
| --- | --- | --- |
| Filling fee | | ¥14,000 |

Anaqua Record ID: 64987516          **Grand Total**       **¥358,064**
PO#.: 20277637
                              @          in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
**patents trademarks designs**

IP Building                                      Telephone 03-3556-1861
2-20 Kanda-Jimbocho                          Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                Email docket@oshpat.gr.jp
Japan

                                                                2018- 0096
Halyard Health, Inc.                                    2018/02/23

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**     Japanese patent application No. 2015-533727
           in the name of Avent, Inc.
           Your Ref: 64895855JP06              Our Ref: AVI-19672
--------------------------------------------------------------------------------

Attorney's fees:              ¥17,500

Attending to the payment of registration fee                    ¥17,500

Official fees:                ¥9,300

Registration fee                                                ¥9,300

Anaqua ID: 64972130               **Grand Total        ¥26,800**
PO#.: 20277637
                                  @            in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2018- 0099
2018/02/26

Halyard Health, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    New Japanese Patent Application
in the name of Avent, Inc.
Your Ref: 64972190JP05          Our Ref: AVI-21269

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Attorney's fees: | ¥350,672 | |
|---|---|---|
| Basic filing fee | | ¥180,000 |
| Translation of the original application (6,800 Words, ¥4,720 per 100 words) | | ¥320,960 |
| Discount (30%) | | −¥150,288 |

| Official fees: | ¥14,000 | |
|---|---|---|
| Filling fee | | ¥14,000 |

Anaqua Record ID: 64987346
PO#.: 20277637

**Grand Total          ¥364,672**

@             in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building                                    Telephone 03-3556-1861
2-20 Kanda-Jimbocho                            Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                     Email docket@oshpat.gr.jp
Japan

                                                              2018- 0102
Halyard Health, Inc.                                          2018/02/27

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    New Japanese Patent Application
          in the name of Avent, Inc.
          Your Ref: 64960085JP08              Our Ref: AVI-21285
----------------------------------------------------------------------

Attorney's fees:              ¥942,088

Basic filing fee                                              ¥180,000
Translation of the original application (24,700 Words, ¥4,720 per 100 words)   ¥1,165,840
Discount (30%)                                               −¥403,752

Official fees:                ¥14,000

Filling fee                                                  ¥14,000

Anaqua Record ID: 64987527          **Grand Total        ¥956,088**
PO#.: 20277637

                          @              in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building                                         Telephone 03-3556-1861
2-20 Kanda-Jimbocho                             Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                    Email docket@oshpat.gr.jp
Japan

                                                            2018- 0107
Halyard Health, Inc.                                  2018/02/28

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    Japanese Patent Application No. 2015-558592
          in the name of Avent, Inc.
          Your Ref: 64804951JP08            Our Ref: AVI-19906
--------------------------------------------------------------------------------

| | | |
|---|---|---|
| Attorney's fees: | ¥174,000 | |
| Preparing and submitting amendment and argument | | ¥174,000 |

| | | |
|---|---|---|
| Official fees: | ¥0 | |
| | | ¥0 |

Anaqua ID: 64974278
PO#.: 20277637

**Grand Total      ¥174,000**

@            in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# **MARCH 2018**

# OSHIMA & PARTNERS
**patents trademarks designs**

IP Building                                    Telephone 03-3556-1861
2-20 Kanda-Jimbocho                            Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                     Email docket@oshpat.gr.jp
Japan

                                               2018- 0116
Halyard Health, Inc.                           2018/03/05

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    Japanese patent application No. 2015-533728
          in the name of Avent, Inc.
          Your Ref: 64895787JP06              Our Ref: AVI-19670
--------------------------------------------------------------------------------

Attorney's fees:              ¥17,500

  Attending to the payment of registration fee                    ¥17,500

Official fees:                ¥12,300

  Registration fee                                                ¥12,300

Anaqua ID: 64972120           **Grand Total**          **¥29,800**
PO#.: 20277637

                              @            in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2018- 0117
2018/03/05

Halyard Health, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**     Japanese patent application No. 2015-533723

in the name of Avent, Inc.

Your Ref: 64760158JP07                    Our Ref: AVI-19673

--------------------------------------------------------------------------------

| Attorney's fees: | ¥17,500 | |
|---|---|---|
| Attending to the payment of registration fee | | ¥17,500 |

| Official fees: | ¥11,700 | |
|---|---|---|
| Registration fee | | ¥11,700 |

Anaqua ID: 64972115
PO#.: 20277637

| **Grand Total** | **¥29,200** |
|---|---|
| @            in US dollars | |

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2018− 0122
2018/03/09

Halyard Health, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    Japanese patent application No. 2016−511149

in the name of Avent, Inc.

Your Ref: 64903888JP04         Our Ref: AVI−19980

--------------------------------------------------------------------------------

| Attorney's fees: | ¥174,000 | |
|---|---|---|
| Preparing and submitting amendment and argument | | ¥174,000 |

| Official fees: | ¥0 | |
|---|---|---|
| | | ¥0 |

Anaqua ID: 64977204
PO#.: 20277637

**Grand Total**    **¥174,000**

@         in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

| | |
|---|---|
| IP Building | Telephone 03-3556-1861 |
| 2-20 Kanda-Jimbocho | Facsimile 03-3556-1871 |
| Chiyoda-ku, Tokyo 101-0051 | Email docket@oshpat.gr.jp |
| Japan | |

2018‒ 0127
2018/03/12

Halyard Health, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   Japanese Patent Application No. 2015‒558593

in the name of Avent, Inc.

Your Ref: 64804939JP08            Our Ref: AVI‒19905

----------------------------------------------------------------------------

| Attorney's fees: | ¥174,000 | |
|---|---|---|
| Preparing and submitting amendment and argument | | ¥174,000 |

| Official fees: | ¥0 | |
|---|---|---|
| | | ¥0 |

| Anaqua ID: 64974266 | | |
| PO#.: 20277637 | **Grand Total** | **¥174,000** |

@            in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building                                          Telephone 03-3556-1861
2-20 Kanda-Jimbocho                              Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                    Email docket@oshpat.gr.jp
Japan

                                                             2018- 0131
Halyard Health, Inc.                                   2018/03/14

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**     Japanese patent application No. 2015-548804
in the name of Avent, Inc.
Your Ref: 64796201JP07              Our Ref: AVI-19802

Attorney's fees:                    ¥17,500

Attending to the payment of registration fee                          ¥17,500

Official fees:                      ¥11,700

Registration fee                                                      ¥11,700

PO#.: 20277637                      **Grand Total          ¥29,200**
Anaqua ID: 64973343

                                    @              in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
**patents trademarks designs**

IP Building                                               Telephone 03-3556-1861
2-20 Kanda-Jimbocho                                       Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                                Email docket@oshpat.gr.jp
Japan

2018- 0132
2018/03/14

Halyard Health, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   Japanese Patent Application No. 2014-532547
in the name of Avent, Inc.
Your Ref: 64771027JP15            Our Ref: AVI-19296
-------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| Attorney's fees: | ¥174,000 | |
| Preparing and submitting amendment and argument | | ¥174,000 |

| | | |
|---|---|---|
| Official fees: | ¥0 | |
| | | ¥0 |

Anaqua ID: 64946468
PO#.: 20277637

**Grand Total       ¥174,000**

@          in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building                                     Telephone 03-3556-1861
2-20 Kanda-Jimbocho                             Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                      Email docket@oshpat.gr.jp
Japan

                                                2018‐ 0133

Halyard Health, Inc.                            2018/03/14

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   Japanese patent application No.2016‐143958
         in the name of Avent Inc.
         Your Ref: Your Ref: 64512569JP 25         Our Ref: AVI‐20403

| Attorney's fees: | ¥17,500 | |
| --- | --- | --- |
| Attending to the payment of registration fee | | ¥17,500 |

| Official fees: | ¥24,900 | |
| --- | --- | --- |
| Registration fee | | ¥24,900 |

PO#.: 20277637
Anaqua ID: 64982198

**Grand Total      ¥42,400**

@            in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2018- 0143
2018/03/21

Halyard Health, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   New Japanese Patent Application

in the name of Corpak Medsystems, Inc.

Your Ref: 64982944JP09              Our Ref: CMS−21343

-------------------------------------------------------------------------------------

| Attorney's fees: | ¥714,112 | |
|---|---|---|
| Basic filing fee | | ¥180,000 |
| Translation of the original application (17,800 Words, ¥4,720 per 100 words) | | ¥840,160 |
| Discount (30%) | | −¥306,048 |

| Official fees: | ¥14,000 | |
|---|---|---|
| Filling fee | | ¥14,000 |

Anaqua Record ID: 64987538
PO#.: 20277637

**Grand Total**     **¥728,112**

@              in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building                                        Telephone 03-3556-1861
2-20 Kanda-Jimbocho                                Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                         Email docket@oshpat.gr.jp
Japan

                                                   2018- 0145
Halyard Health, Inc.                               2018/03/22

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re** Japanese Design Application No. 2017-003499
in the name of Avent, Inc.
Your Ref: 64981293JP05              Our Ref: AVI-20697
-------------------------------------------------------------------------------------

Attorney's fees:              ¥105,000

Reporting and responding to an office action                          ¥105,000

Official fees:                ¥0

                                                                     ¥0

Anaqua ID: 64983375                   **Grand Total        ¥105,000**
PO#.: 20277637

                                      @            in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
**patents trademarks designs**

IP Building                                          Telephone 03-3556-1861
2-20 Kanda-Jimbocho                                  Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                           Email docket@oshpat.gr.jp
Japan

                                                     2018- 0147
Halyard Health, Inc.                                 2018/03/22

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    Japanese patent application No. 2015-544570
          in the name of Avent, Inc.
          Your Ref: 64642544JP22            Our Ref: AVI-19764
          ---------------------------------------------------------------

Attorney's fees:              ¥78,000

Preparing and submitting amendment and argument                    ¥78,000

Official fees:                ¥0

                                                                        ¥0

Anaqua ID: 64972535           **Grand Total      ¥78,000**
PO#.: 20277637

                              @          in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# APRIL 2018

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2018− 0176
2018/04/12

Halyard Health, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    New Japanese Patent Application
in the name of Avent, Inc.
Your Ref: 64973915JP15            Our Ref: AVI−21392

----------------------------------------------------------------------

| Attorney's fees: | ¥341,024 | |
|---|---|---|
| Basic filing fee | | ¥180,000 |
| Translation of the original application (5,600 Words, ¥4,720 per 100 words) | | ¥264,320 |
| Discount (30% of filing and translation fee) | | −¥133,296 |
| Filing Article 34 Amendment | | ¥30,000 |

| Official fees: | ¥14,000 | |
|---|---|---|
| Filling fee | | ¥14,000 |

Anaqua Record ID: 64988027
PO#.: 20277637

**Grand Total      ¥355,024**

@            in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building                                    Telephone 03-3556-1861
2-20 Kanda-Jimbocho                            Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                     Email docket@oshpat.gr.jp
Japan

                                               2018- 0177
Halyard Health, Inc.                           2018/04/12

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   New Japanese Patent Application
         in the name of Avent, Inc.
         Your Ref: 64973915JP21          Our Ref: AVI-21393
------------------------------------------------------------------------

Attorney's fees:                  ¥357,544

| | |
|---|---|
| Basic filing fee | ¥180,000 |
| Translation of the original application (6,100 Words, ¥4,720 per 100 words) | ¥287,920 |
| Discount (30% of filing and translation fee) | −¥140,376 |
| Filing Article 34 Amendment | ¥30,000 |

Official fees:                    ¥14,000

| | |
|---|---|
| Filling fee | ¥14,000 |

Anaqua Record ID: 64988046        **Grand Total**      **¥371,544**
PO#.: 20277637

                                  @              in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2018‒ 0178
2018/04/12

Halyard Health, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   New Japanese Patent Application
in the name of Avent, Inc.
Your Ref: 64973906JP29          Our Ref: AVI‒21394

------------------------------------------------------------------------

| Attorney's fees: | ¥321,200 |
|---|---|
| Basic filing fee | ¥180,000 |
| Translation of the original application (5,000 Words, ¥4,720 per 100 words) | ¥236,000 |
| Discount (30% of filing and translation fee) | −¥124,800 |
| Filing Article 34 Amendment | ¥30,000 |

| Official fees: | ¥14,000 |
|---|---|
| Filling fee | ¥14,000 |

Anaqua Record ID: 64988052
PO#.: 20277637

**Grand Total**   **¥335,200**

@          in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
**patents trademarks designs**

IP Building                                                  Telephone 03-3556-1861
2-20 Kanda-Jimbocho                                          Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                                   Email docket@oshpat.gr.jp
Japan

                                                             2018- 0180
Halyard Health, Inc.                                         2018/04/13

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**  New Japanese Patent Application
        in the name of Avent, Inc.
        Your Ref: 64973906JP35              Our Ref: AVI-21395
---------------------------------------------------------------------

| Attorney's fees: | ¥307,984 |
|---|---|
| Basic filing fee | ¥180,000 |
| Translation of the original application (4,600 Words, ¥4,720 per 100 words) | ¥217,120 |
| Discount (30% of filing and translation fee) | −¥119,136 |
| Filing Article 19 Amendment | ¥30,000 |

| Official fees: | ¥14,000 |
|---|---|
| Filling fee | ¥14,000 |

Anaqua Record ID:  64988064
PO#.: 20277637

| **Grand Total** | **¥321,984** |
|---|---|
| @ | in US dollars |

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
**patents trademarks designs**

IP Building                                          Telephone 03-3556-1861
2-20 Kanda-Jimbocho                              Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                    Email docket@oshpat.gr.jp
Japan

                                                            2018– 0181
Halyard Health, Inc.                                   2018/04/13

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**     New Japanese Patent Application
           in the name of Avent, Inc.
           Your Ref: 64973896JP08              Our Ref: AVI–21396
------------------------------------------------------------------------

Attorney's fees:              ¥350,936

| | |
|---|---:|
| Basic filing fee | ¥180,000 |
| Translation of the original application (5,900 Words, ¥4,720 per 100 words) | ¥278,480 |
| Discount (30% of filing and translation fee) | −¥137,544 |
| Filing Article 34 Amendment | ¥30,000 |

Official fees:                ¥14,000

| | |
|---|---:|
| Filling fee | ¥14,000 |

Anaqua Record ID: 64988070
PO#.: 20277637                         **Grand Total      ¥364,936**

                                            @             in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
**patents trademarks designs**

IP Building                                          Telephone 03-3556-1861
2-20 Kanda-Jimbocho                                  Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                           Email docket@oshpat.gr.jp
Japan

                                                     2018- 0182
Halyard Health, Inc.                                 2018/04/13

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    New Japanese Patent Application
          in the name of Avent, Inc.
          Your Ref: 64973896JP14              Our Ref: AVI-21397
--------------------------------------------------------------------

Attorney's fees:              ¥321,200

| | |
|---|---:|
| Basic filing fee | ¥180,000 |
| Translation of the original application (5,000 Words, ¥4,720 per 100 words) | ¥236,000 |
| Discount (30% of filing and translation fee) | −¥124,800 |
| Filing Article 34 Amendment | ¥30,000 |

Official fees:               ¥14,000

| | |
|---|---:|
| Filling fee | ¥14,000 |

Anaqua Record ID: 64988077           **Grand Total**        **¥335,200**
PO#.: 20277637

                          @            in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

### patents trademarks designs

IP Building                                      Telephone 03-3556-1861
2-20 Kanda-Jimbocho                              Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                       Email docket@oshpat.gr.jp
Japan

                                                            2018- 0187
Halyard Health, Inc.                                        2018/04/16

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    New Japanese Patent Application
          in the name of Avent, Inc.
          Your Ref: 64973559JP09              Our Ref: AVI-21390
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Attorney's fees: | ¥287,896 | |
|---|---|---|
| Basic filing fee | | ¥180,000 |
| Translation of the original application (4,900 Words, ¥4,720 per 100 words) | | ¥231,280 |
| Discount (30%) | | −¥123,384 |

| Official fees: | ¥14,000 | |
|---|---|---|
| Filling fee | | ¥14,000 |

Anaqua Record ID: 64987920
PO#.: 20277637

| **Grand Total** | **¥301,896** |
|---|---|

                              @            in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2018- 0190
2018/04/17

Halyard Health, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    Japanese Patent Application No.2016-565031
in the name of Avent, Inc.
Your Ref: 64959547JP06          Our Ref: AVI-20538

----

Attorney's fees:          ¥12,600

Requesting examination                                    ¥12,600

Official fees:          ¥178,000

Examination fee                                          ¥178,000

----

Anaqua Record ID: 64982896
PO#.: 20277637

| Grand Total | ¥190,600 |
|---|---|

@          in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building                                    Telephone 03-3556-1861
2-20 Kanda-Jimbocho                            Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                     Email docket@oshpat.gr.jp
Japan

                                               2018- 0191
Halyard Health, Inc.                           2018/04/17

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    Japanese Patent Application No.2016-566620
          in the name of Avent, Inc.
          Your Ref: 64951005JP06              Our Ref: AVI-20521
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Attorney's fees: | ¥12,600 | |
|---|---|---|
| Requesting examination | | ¥12,600 |

| Official fees: | ¥178,000 | |
|---|---|---|
| Examination fee | | ¥178,000 |

Anaqua Record ID: 64982634
PO#.: 20277637

| **Grand Total** | **¥190,600** |
|---|---|
| @          in US dollars | |

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2018- 0192
2018/04/17

Halyard Health, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   Japanese Patent Application No.2016-566807
in the name of Avent, Inc.
Your Ref: 64950035JP06             Our Ref: AVI-20522

Attorney's fees:          ¥12,600

Requesting examination                                          ¥12,600

Official fees:          ¥178,000

Examination fee                                               ¥178,000

Anaqua Record ID: 64982629
PO#.: 20277637

**Grand Total      ¥190,600**

@              in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
**patents trademarks designs**

IP Building                                          Telephone 03-3556-1861
2-20 Kanda-Jimbocho                                  Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                           Email docket@oshpat.gr.jp
Japan

                                                     2018- 0193
Halyard Health, Inc.                                 2018/04/18

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   Japanese Patent Application No.2016-573492
         in the name of Avent, Inc.
         Your Ref: 64949222JP06              Our Ref: AVI-20575

Attorney's fees:              ¥12,600

Requesting examination                                      ¥12,600

Official fees:                ¥178,000

Examination fee                                             ¥178,000

Anaqua Record ID: 64982906        **Grand Total      ¥190,600**
PO#.: 20277637

                                   @            in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

### patents trademarks designs

IP Building                                Telephone 03-3556-1861
2-20 Kanda-Jimbocho                        Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                 Email docket@oshpat.gr.jp
Japan

                                                    2018- 0194
Halyard Health, Inc.                                2018/04/18

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   Japanese Patent Application No.2016-573470
         in the name of Avent, Inc.
         Your Ref: 64948934JP06              Our Ref: AVI-20576

| Attorney's fees: | ¥12,600 | |
|---|---|---|
| Requesting examination | | ¥12,600 |

| Official fees: | ¥174,400 | |
|---|---|---|
| Examination fee | | ¥174,400 |

Anaqua Record ID: 64982915
PO#.: 20277637

| **Grand Total** | **¥187,000** |
|---|---|

@              in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2018– 0196
2018/04/18

Halyard Health, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    Japanese Patent Application No.2016–570890
in the name of Avent, Inc.
Your Ref: 64949720JP06          Our Ref: AVI–20581

--------------------------------------------------------------------------------------

| Attorney's fees: | ¥12,600 | |
|---|---|---|
| Requesting examination | | ¥12,600 |

| Official fees: | ¥178,000 | |
|---|---|---|
| Examination fee | | ¥178,000 |

Anaqua Record ID: 64982985
PO#.: 20277637

**Grand Total**      **¥190,600**

@                in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2018- 0197
2018/04/18

Halyard Health, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   Japanese Patent Application No.2016-570781
in the name of Avent, Inc.
Your Ref: 64949922JP06                Our Ref: AVI-20582

| Attorney's fees: | ¥12,600 | |
|---|---|---|
| Requesting examination | | ¥12,600 |

| Official fees: | ¥170,800 | |
|---|---|---|
| Examination fee | | ¥170,800 |

Anaqua Record ID :64982995
PO#.: 20277637

| **Grand Total** | **¥183,400** |
|---|---|
| @  in US dollars | |

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building                                        Telephone 03-3556-1861
2-20 Kanda-Jimbocho                                Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                         Email docket@oshpat.gr.jp
Japan

                                                   2018- 0198
Halyard Health, Inc.                               2018/04/18

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**     Japanese Patent Application No. 2017-565183
        in the name of Avent, Inc.
        Your Ref: 64967106JP05              Our Ref: AVI-21143
........................................................................................................

| Attorney's fees: | ¥12,600 | |
|---|---|---|
| Requesting examination | | ¥12,600 |

| Official fees: | ¥178,000 | |
|---|---|---|
| Examination fee | | ¥178,000 |

Anaqua Record ID: 64985968
PO#.: 20277637

| **Grand Total** | **¥190,600** |
|---|---|
| @ | in US dollars |

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building                                            Telephone 03-3556-1861
2-20 Kanda-Jimbocho                                    Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                             Email docket@oshpat.gr.jp
Japan

2018- 0199
2018/04/18

Halyard Health, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   Japanese Patent Application No. 2017-565181
in the name of Avent, Inc.
Your Ref: 64968576JP05                    Our Ref: AVI-21144

Attorney's fees:              ¥12,600

Requesting examination                                              ¥12,600

Official fees:              ¥178,000

Examination fee                                                    ¥178,000

Anaqua Record ID: 64985974              **Grand Total      ¥190,600**
PO#.: 20277637

@              in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2018– 0200
2018/04/18

Halyard Health, Inc.

5405 Windward Parkway
Alpharetta GA 30004
U. S. A.

facsimile

## Debit Note

**Re**     Japanese Patent Application No. 2017–564729

in the name of Avent, Inc.

Your Ref: 64960249JP05         Our Ref: AVI–21145

---

Attorney's fees:        ¥12,600

Requesting examination                  ¥12,600

Official fees:        ¥178,000

Examination fee                   ¥178,000

Anaqua Record ID: 64986013
PO#.: 20277637

**Grand Total**       **¥190,600**

@        in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

| | |
|---|---|
| IP Building | Telephone 03-3556-1861 |
| 2-20 Kanda-Jimbocho | Facsimile 03-3556-1871 |
| Chiyoda-ku, Tokyo 101-0051 | Email docket@oshpat.gr.jp |
| Japan | |

2018- 0208
2018/04/23

Halyard Health, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**  Japanese Design Application No. 2017-003499
in the name of Avent, Inc.
Your Ref: 64981293JP05          Our Ref: AVI-20697

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Attorney's fees: | ¥17,500 | |
|---|---|---|
| Attending to the payment of registration fee | | ¥17,500 |

| Official fees: | ¥25,500 | |
|---|---|---|
| Registration fee | | ¥25,500 |

Anaqua ID:64983375
PO#::20277637

| Grand Total | ¥43,000 |
|---|---|
| @        in US dollars | |

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2018- 0209
2018/04/23

Halyard Health, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   New Japanese Patent Application
in the name of Avent, Inc.
Your Ref: 64973546JP09          Our Ref: AVI-21391

Attorney's fees:          ¥281,288

| | |
|---|---:|
| Basic filing fee | ¥180,000 |
| Translation of the original application (4,700 Words, ¥4,720 per 100 words) | ¥221,840 |
| Discount (30%) | -¥120,552 |

Official fees:          ¥14,000

| | |
|---|---:|
| Filling fee | ¥14,000 |

Anaqua Record ID: 64987893
PO#.: 20277637

**Grand Total          ¥295,288**

@              in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2018- 0211
2018/04/23

Halyard Health, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    Japanese Patent Application No. 2014-504411
in the name of Avent, Inc.
Your Ref: 64697749JP08        Our Ref: AVI-19081

| | | |
|---|---|---|
| Attorney's fees: | ¥17,500 | |
| Attending to the payment of registration fee | | ¥17,500 |

| | | |
|---|---|---|
| Official fees: | ¥15,900 | |
| Registration fee | | ¥15,900 |

Anaqua ID: 64930909
PO#.: 20277637

**Grand Total**    **¥33,400**

@        in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building                                    Telephone 03-3556-1861
2-20 Kanda-Jimbocho                            Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                     Email docket@oshpat.gr.jp
Japan

                                               2018- 0215
Halyard Health, Inc.                           2018/04/26

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   New Japanese Patent Application
         in the name of Avent, Inc.
         Your Ref: 64972567JP13          Our Ref: AVI-21401
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| Attorney's fees: | ¥403,536 | |
| Basic filing fee | | ¥180,000 |
| Translation of the original application (8,400Words, ¥4,720 per 100 words) | | ¥396,480 |
| Dsicount (30%) | | −¥172,944 |

| | | |
|---|---|---|
| Official fees: | ¥14,000 | |
| Filling fee | | ¥14,000 |

Anaqua Record ID: 64988107
PO#.: 20277637

| Grand Total | ¥417,536 |
|---|---|
| @           in US dollars | |

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# **<u>MAY 2018</u>**

# OSHIMA & PARTNERS
**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2018- 0220
2018/05/02

Halyard Health, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    New Japanese Patent Application
in the name of Avent,Inc.
Your Ref: 64972667JP07                    Our Ref: AVI-21399

| Attorney's fees: | ¥962,176 | |
| --- | --- | --- |
| Basic filing fee | | ¥180,000 |
| Translation of the original application (24,400 Words, ¥4,720 per 100 words) | | ¥1,151,680 |
| Discount (30% of filing and translation fee) | | −¥399,504 |
| Filing Article 34 Amendment | | ¥30,000 |

| Official fees: | ¥14,000 | |
| --- | --- | --- |
| Filling fee | | ¥14,000 |

Anaqua Record ID :64987935
PO#.:20277637

**Grand Total          ¥976,176**

@              in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
### patents trademarks designs

IP Building                                          Telephone 03-3556-1861
2-20 Kanda-Jimbocho                                  Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                           Email docket@oshpat.gr.jp
Japan

2018- 0221
2018/05/02

Halyard Health, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**  New Japanese Patent Application
in the name of Avent,Inc.
Your Ref: 64972667JP13            Our Ref: AVI-21400

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Attorney's fees: | ¥909,048 | |
|---|---|---|
| Basic filing fee | | ¥180,000 |
| Translation of the original application (23,700Words, ¥4,720 per 100 words) | | ¥1,118,640 |
| Discount (30% of filing and translation fee) | | −¥389,592 |

| Official fees: | ¥14,000 | |
|---|---|---|
| Filling fee | | ¥14,000 |

| Anaqua Record ID: 64987941 | | |
|---|---|---|
| PO#.:20277637 | **Grand Total** | **¥923,048** |
| | @ | in US dollars |

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

| | |
|---|---|
| IP Building | Telephone 03-3556-1861 |
| 2-20 Kanda-Jimbocho | Facsimile 03-3556-1871 |
| Chiyoda-ku, Tokyo 101-0051 | Email docket@oshpat.gr.jp |
| Japan | |

2018- 0225
2018/05/08

Halyard Health, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    Japanese Patent Application No.2016-567930

in the name of Avent, Inc.

Your Ref: 64927006JP06        Our Ref: AVI-20540

---

| Attorney's fees: | ¥12,600 | |
|---|---|---|
| Requesting examination | | ¥12,600 |

| Official fees: | ¥178,000 | |
|---|---|---|
| Examination fee | | ¥178,000 |

---

Anaqua Record ID: 64982901
PO#.: 20277637

| **Grand Total** | **¥190,600** |
|---|---|

@        in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

## patents trademarks designs

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2018- 0226
2018/05/08

Halyard Health, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    Japanese patent application No. 2015-550169

in the name of Avent, Inc.

Your Ref: 64900690JP06        Our Ref: AVI-19800

| | | |
|---|---|---|
| Attorney's fees: | ¥17,500 | |
| Attending to the payment of registration fee | | ¥17,500 |

| | | |
|---|---|---|
| Official fees: | ¥14,700 | |
| Registration fee | | ¥14,700 |

Anaqua ID: 64973353
PO#.: 20277637

**Grand Total**    **¥32,200**

@        in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
**patents trademarks designs**

| | |
|---|---|
| IP Building | Telephone 03-3556-1861 |
| 2-20 Kanda-Jimbocho | Facsimile 03-3556-1871 |
| Chiyoda-ku, Tokyo 101-0051 | Email docket@oshpat.gr.jp |
| Japan | |

2018- 0231
2018/05/10

Halyard Health, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    New Japanese Patent Application
in the name of Avent, Inc.
Your Ref: 64973471JP09          Our Ref: AVI-21403

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Attorney's fees: | ¥489,440 | |
|---|---|---|
| Basic filing fee | | ¥180,000 |
| Translation of the original application (11,000 Words, ¥4,720 per 100 words) | | ¥519,200 |
| Discount (30%) | | −¥209,760 |

| Official fees: | ¥14,000 | |
|---|---|---|
| Filling fee | | ¥14,000 |

| Anaqua Record ID: 64987969 | **Grand Total** | **¥503,440** |
|---|---|---|
| PO#.:20277637 | | |

@            in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building                                        Telephone 03-3556-1861
2-20 Kanda-Jimbocho                          Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051              Email docket@oshpat.gr.jp
Japan

2018‑ 0242
2018/05/21

Halyard Health, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    Japanese Patent Application No.2016‑575204
in the name of Avent, Inc.
Your Ref: 64943979JP06                    Our Ref: AVI‑20600

----------------------------------------------------------------------

Attorney's fees:              ¥42,600

| | |
|---|---|
| Preparing and submitting amendment | ¥30,000 |
| Requesting examination | ¥12,600 |

Official fees:              ¥206,800

| | |
|---|---|
| Examination fee | ¥206,800 |

Anaqua Record ID: 64982889
PO#.: 20277637

**Grand Total**      **¥249,400**

@              in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building                                          Telephone 03-3556-1861
2-20 Kanda-Jimbocho                                  Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                           Email docket@oshpat.gr.jp
Japan

2018- 0248

Halyard Health, Inc.                                 2018/05/25

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**     Japanese patent application No. 2016-511148
            in the name of Avent, Inc.
            Your Ref: 64887185JP04                    Our Ref: AVI-19979

-----------------------------------------------------------------------

Attorney's fees:                    ¥174,000

Preparing and submitting amendment and argument                    ¥174,000

Official fees:                      ¥0

¥0

Anaqua Record ID: 64977231              **Grand Total**      **¥174,000**
PO#.:20277637

                                    @            in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2018- 0249
2018/05/28

Halyard Health, Inc.

5405 Windward Parkway
Alpharetta GA 30004
U. S. A.

facsimile

## Debit Note

**Re** New Japanese Patent Application
in the name of Avent, Inc.
Your Ref: 64973962JP05          Our Ref: AVI-21438

Attorney's fees:                 ¥261,464

| | |
|---|---:|
| Basic filing fee | ¥180,000 |
| Translation of the original application (4,100 Words, ¥4,720 per 100 words) | ¥193,520 |
| Discount (30%) | −¥112,056 |

Official fees:                 ¥14,000

| | |
|---|---:|
| Filling fee | ¥14,000 |

Anaqua Record ID: 64987977
PO#.:20277637

**Grand Total      ¥275,464**

@              in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2018- 0253
2018/05/29

Halyard Health, Inc.

5405 Windward Parkway
Alpharetta GA 30004
U. S. A.

facsimile

## Debit Note

**Re** Japanese Design Application No. 2016−019052
in the name of Avent, Inc.
Your Ref: 64972640JP11          Our Ref: AVI−20448

----

Attorney's fees:                    ¥135,000

Preparing and submitting amendment and argument                    ¥135,000

Official fees:                    ¥0

                    ¥0

Anaqua Record ID: 64982424
PO#.:20277637

**Grand Total**          **¥135,000**

@          in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building                                          Telephone 03-3556-1861
2-20 Kanda-Jimbocho                                  Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                           Email docket@oshpat.gr.jp
Japan

                                                     2018- 0254
Halyard Health, Inc.                                 2018/05/30

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    Japanese patent application No. 2014-532547
          in the name of Avent, Inc.
          Your Ref: 64771027JP15          Our Ref: AVI-19296

---

Attorney's fees:                ¥17,500

Attending to the payment of registration fee                    ¥17,500

Official fees:                  ¥15,900

Registration fee                                                ¥15,900

---

Anaqua Record ID: 64946468              **Grand Total        ¥33,400**
PO#.: 20277637
                                        @            in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
**patents trademarks designs**

IP Building                                    Telephone 03-3556-1861
2-20 Kanda-Jimbocho                            Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                     Email docket@oshpat.gr.jp
Japan

                                               2018- 0256
Halyard Health, Inc.                           2018/05/31

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    New Japanese Patent Application
          in the name of Avent, Inc.
          Your Ref: 64978310JP06            Our Ref: AVI-21443
---------------------------------------------------------------------

Attorney's fees:                ¥737,240

| | |
|---|---:|
| Basic filing fee | ¥180,000 |
| Translation of the original application (18,500 Words, ¥4,720 per 100 words) | ¥873,200 |
| Discount (30%) | −¥315,960 |

Official fees:                  ¥14,000

| | |
|---|---:|
| Filling fee | ¥14,000 |

Anaqua Record ID: 64988006          **Grand Total        ¥751,240**
PO#.: 20277637

                              @              in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# **AUGUST 2018**

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building                                      Telephone 03-3556-1861
2-20 Kanda-Jimbocho                              Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                       Email docket@oshpat.gr.jp
Japan

                                                 2018- 0348

Halyard Health, Inc.                             2018/08/03

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   Japanese Patent Application No. 2015-544570
         in the name of Avent, Inc.
         Your Ref: 64642544JP22              Our Ref: AVI-19764

------------------------------------------------------------------------

Attorney's fees:              ¥17,500

  Attending to the payment of registration fee                    ¥17,500

Official fees:                ¥14,100

  Registration fee                                                ¥14,100

Anaqua Record ID: 64972535          **Grand Total        ¥31,600**
PO#.: 20277637

                                    @              in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
**patents trademarks designs**

IP Building                                         Telephone 03-3556-1861
2-20 Kanda-Jimbocho                                 Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                          Email docket@oshpat.gr.jp
Japan

                                                    2018- 0356
Halyard Health, Inc.                                2018/08/08

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   Japanese Patent Application No. 2016-545070
         in the name of Avent, Inc.
         Your Ref: 64816025JP04          Our Ref: AVI-20074

Attorney's fees:              ¥165,000

Preparing and submitting amendment and argument                    ¥165,000

Official fees:                ¥0

                                                                   ¥0

Anaqua Record ID: 64978971          **Grand Total        ¥165,000**
PO#.:20277637

                              @            in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
### patents trademarks designs

IP Building                                    Telephone 03-3556-1861
2-20 Kanda-Jimbocho                            Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                     Email docket@oshpat.gr.jp
Japan

                                               2018- 0360
Halyard Health, Inc.                           2018/08/10

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    New Japanese Patent Application
          in the name of Avent, Inc.
          Your Ref: 64978666JP06              Our Ref: AVI-21610

Attorney's fees:              ¥638,120

| | |
|---|---:|
| Basic filing fee | ¥180,000 |
| Translation of the original application (15,500 Words, ¥4,720 per 100 words) | ¥731,600 |
| Discount (30%) | −¥273,480 |

Official fees:                ¥14,000

| | |
|---|---:|
| Filling fee | ¥14,000 |

Anaqua Record ID : 64988958
PO#.:20277637

**Grand Total**        **¥652,120**

                       @            in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
**patents trademarks designs**

IP Building                                                    Telephone 03-3556-1861
2-20 Kanda-Jimbocho                                            Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                                     Email docket@oshpat.gr.jp
Japan

                                                               2018– 0361
Halyard Health, Inc.                                           2018/08/10

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    Japanese Patent Application No. 2018–511141
          in the name of Avent, Inc.
          Your Ref: 64960085JP08              Our Ref: AVI–21285
----------------------------------------------------------------------------------------

Attorney's fees:                    ¥12,600

Requesting examination                                              ¥12,600

Official fees:                      ¥178,000

Examination fee                                                     ¥178,000

Anaqua Record ID: 64987527          **Grand Total        ¥190,600**
PO#.: 20277637

                                    @            in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building                                          Telephone 03-3556-1861
2-20 Kanda-Jimbocho                                  Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                          Email docket@oshpat.gr.jp
Japan

                                                     2018− 0372
Halyard Health, Inc.                                 2018/08/21

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   Japanese Patent Application No. 2017−513023
         in the name of Corpak Medsystems, Inc.
         Your Ref: 64983376JP08              Our Ref: CMS−20763

Attorney's fees:                ¥12,600

Requesting examination                                        ¥12,600

Official fees:                  ¥196,000

Examination fee                                               ¥196,000

Anaqua Record ID: 64983404        **Grand Total        ¥208,600**
PO#.: 20277637
                                  @           in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
**patents trademarks designs**

IP Building                                          Telephone 03-3556-1861
2-20 Kanda-Jimbocho                                   Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                        Email docket@oshpat.gr.jp
Japan

                                                              2018− 0383
Halyard Health, Inc.                                          2018/08/31

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**     Japanese patent application No. 2017−539591
           in the name of Avent, Inc.
           Your Ref: 64978678JP04              Our Ref: AVI−20983
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| Attorney's fees: | ¥17,500 | |
| Attending to the payment of registration fee | | ¥17,500 |
| Official fees: | ¥17,100 | |
| Registration fee | | ¥17,100 |

Anaqua ID: 64984688
PO#.: 20277637

**Grand Total      ¥34,600**

@                    in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# <u>NOVEMBER 2018</u>

# OSHIMA & PARTNERS

### patents trademarks designs

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

November  30,  2018

Avent, Inc.
5405 Windward Parkway
Alpharetta GA 30004
U. S. A.

Invoice No.: 201811
Invoice  Period:  2018-11-01  to  2018-11-30

INVOICE SUMMARY SHEET
(for invoices from November 1, 2018 to November 30, 2018)

| Invoice No. | Invoice Date | Your Ref. | Our Ref. | Anaqua Record ID | Amount |
|---|---|---|---|---|---|
| 2018-0472 | 2018-11-05 | 64887185JP04 | AVI-19979 | 64977231 | ¥32,800 |
| 2018-0474 | 2018-11-07 | 64973962JP05 | AVI-21438 | 64987977 | ¥190,600 |
| 2018-0476 | 2018-11-08 | 64983393JP09 | CMS-20864 | 64983974 | ¥187,000 |
| 2018-0485 | 2018-11-12 | 64817857JP07 | AVI-19801 | 64973348 | ¥28,600 |
| 2018-0492 | 2018-11-14 | 64805090JP06 | AVI-20226 | 64981478 | ¥174,000 |
| 2018-0495 | 2018-11-20 | please provide | AVI-21722 | please provide | ¥82,500 |
| 2018-0511 | 2018-11-29 | HAY-2057-JP | AVI-19779 | 64972681 | ¥27,400 |
| | | | | | |
| | | | | | |
| | | | | Total Amount Due: | ¥722,900 |

# OSHIMA & PARTNERS
### patents trademarks designs

IP Building                                          Telephone 03-3556-1861
2-20 Kanda-Jimbocho                                  Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                          Email docket@oshpat.gr.jp
Japan

2018- 0472

Avent, Inc.                                         2018/11/05

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    Japanese patent application No. 2016-511148
          in the name of Avent, Inc.
          Your Ref: 64887185JP04              Our Ref: AVI-19979

---

Attorney's fees:                    ¥17,500

Attending to the payment of registration fee                        ¥17,500

Official fees:                      ¥15,300

Registration fee                                                    ¥15,300

---

Anaqua Record ID: 64977231          **Grand Total      ¥32,800**
PO#.:20277637

                                    @           in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2018- 0474
2018/11/07

Avent, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**     Japanese Patent Application No. 2018-527719

in the name of Avent, Inc.

Your Ref: 64973962JP05           Our Ref: AVI-21438

| Attorney's fees: | ¥12,600 | |
|---|---|---|
| Requesting examination | | ¥12,600 |

| Official fees: | ¥178,000 | |
|---|---|---|
| Examination fee | | ¥178,000 |

Anaqua Record ID: 64987977
PO#.:20277637

**Grand Total**       **¥190,600**

@       in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building                                           Telephone 03-3556-1861
2-20 Kanda-Jimbocho                                   Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                            Email docket@oshpat.gr.jp
Japan

2018- 0476

Avent, Inc.                                           2018/11/08

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   Japanese Patent Application No. 2017-527699

in the name of Corpak Medsystems, Inc.

Your Ref: 64983393JP09          Our Ref: CMS-20864

Attorney's fees:                    ¥12,600

Requesting examination                                        ¥12,600

Official fees:                      ¥174,400

Examination fee                                              ¥174,400

Anaqua Record ID: 64983974
PO#.:20277637                       **Grand Total        ¥187,000**

@            in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2018- 0485
2018/11/12

Avent, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   Japanese Patent Application No. 2015-550168
in the name of Avent, Inc.
Your Ref: 64817857JP07          Our Ref: AVI-19801

| | | |
|---|---|---|
| Attorney's fees: | ¥17,500 | |
| Attending to the payment of registration fee | | ¥17,500 |

| | | |
|---|---|---|
| Official fees: | ¥11,100 | |
| Registration fee | | ¥11,100 |

Anaqua ID: 64973348
PO#.:20277637

**Grand Total**          **¥28,600**

@               in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building                                              Telephone 03-3556-1861
2-20 Kanda-Jimbocho                                      Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                               Email docket@oshpat.gr.jp
Japan

2018- 0492

Avent, Inc.                                              2018/11/14

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

Re     Japanese Patent Application No. 2016-521770
     in the name of Avent, Inc.
     Your Ref: 64805090JP06           Our Ref: AVI-20226

Attorney's fees:           ¥174,000

Preparing and submitting amendment and argument           ¥174,000

Official fees:           ¥0

          ¥0

Anaqua Record ID: 64981478
PO#.:20277637

**Grand Total**           **¥174,000**

@           in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building                                                    Telephone 03-3556-1861
2-20 Kanda-Jimbocho                                    Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                         Email docket@oshpat.gr.jp
Japan

2018- 0495

Avent, Inc.                                                     2018/11/20

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   New Japanese Design Application No. 2018-025288
         in the name of Avent, Inc.
         Your Ref: please provide                    Our Ref: AVI-21722
         ...................................................................................................

| Attorney's fees: | ¥66,500 | |
|---|---|---|
| Basic filing fee | | ¥95,000 |
| Discount (30%) | | −¥28,500 |

| Official fees: | ¥16,000 | |
|---|---|---|
| Filling fee | | ¥16,000 |

Anaqua Record ID: please provide
PO#.:20277637

**Grand Total**      **¥82,500**

@              in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
**patents trademarks designs**

IP Building                                    Telephone 03-3556-1861
2-20 Kanda-Jimbocho                          Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051               Email docket@oshpat.gr.jp
Japan

                                                        2018- 0511
Avent, Inc.                                              2018/11/29

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    Japanese Patent Application No. 2015-544573
        in the name of Avent, Inc.
        Your Ref: HAY-2057-JP            Our Ref: AVI-19779
        ....................................................................................................

Attorney's fees:                    ¥17,500

Attending to the payment of registration fee                              ¥17,500

Official fees:                      ¥9,900

Registration fee                                                          ¥9,900

Anaqua Record ID: 64972681
PO#.:20277637                       **Grand Total**        **¥27,400**

                                    @              in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# **<u>DECEMBER 2018</u>**

# OSHIMA & PARTNERS

### patents trademarks designs

IP Building                                    Telephone 03-3556-1861
2-20 Kanda-Jimbocho                            Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                     Email docket@oshpat.gr.jp
Japan

December  25,  2018

Avent, Inc.
5405 Windward Parkway
Alpharetta GA 30004
U. S. A.

Invoice No.: 201812
Invoice  Period:  2018-12-01  to  2018-12-25

## INVOICE SUMMARY SHEET
### (for invoices from December 1, 2018 to December 25, 2018)

| Invoice No. | Invoice Date | Your Ref. | Our Ref. | Anaqua Record ID | Amount |
|---|---|---|---|---|---|
| 2018-0523 | 2018-12-06 | 64920363JP06 | AVI-20363 | 64981877 | ¥174,000 |
| 2018-0528 | 2018-12-10 | 64979034JP03 | AVI-21012 | 64984707 | ¥35,200 |
| 2018-0536 | 2018-12-13 | please provide | AVI-21738 | please provide | ¥288,680 |
| 2018-0538 | 2018-12-19 | please provide | AVI-21756 | please provide | ¥523,264 |
| 2018-0542 | 2018-12-21 | please provide | AVI-21737 | please provide | ¥384,496 |
| 2018-0543 | 2018-12-25 | 64804951JP08 | AVI-19906 | 64974278 | ¥31,600 |
| 2018-0544 | 2018-12-25 | 64805363JP06 | AVI-20224 | 64981466 | ¥30,400 |
| 2018-0545 | 2018-12-25 | 64902989JP08 | AVI-20268 | 64981501 | ¥40,600 |
| 2018-0546 | 2018-12-25 | 64933947JP07 | AVI-20764 | 64983467 | ¥174,000 |
| | | | | Total Amount Due: | ¥1,682,240 |

# OSHIMA & PARTNERS
### patents trademarks designs

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2018- 0523
2018/12/06

Avent, Inc.
5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   Japanese Patent Application No.2016-549375
in the name of Avent, Inc.
Your Ref: 64920363JP06                    Our Ref: AVI-20363

| | |
|---|---|
| Attorney's fees: | ¥174,000 |
| Preparing and submitting amendment and argument | ¥174,000 |

| | |
|---|---|
| Official fees: | ¥0 |
| | ¥0 |

Anaqua Record ID: 64981877
PO#.:20277637

| Grand Total | ¥174,000 |
|---|---|
| @ | in US dollars |

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2018- 0528
2018/12/10

Avent, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   Japanese Patent Application No. 2017-550853
in the name of Avent, Inc.
Your Ref: 64979034JP03              Our Ref: AVI-21012

--------------------------------------------------------------------------------

Attorney's fees:              ¥17,500

Attending to the payment of registration fee                      ¥17,500

Official fees:              ¥17,700

Registration fee                                          ¥17,700

Anaqua Record ID :64984707
PO#.:20277637

**Grand Total**        **¥35,200**

@              in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
**patents trademarks designs**

| | |
|---|---|
| IP Building | Telephone 03-3556-1861 |
| 2-20 Kanda-Jimbocho | Facsimile 03-3556-1871 |
| Chiyoda-ku, Tokyo 101-0051 | Email docket@oshpat.gr.jp |
| Japan | |

2018- 0536
2018/12/13

Avent, Inc.
5405 W indw ard Parkway
Alpharetta G A  30004
U. S A

facsim ile

## Debit Note

**Re**    New Japanese Patent Application
in the name of Avent, Inc.
Your Ref: please provide          Our Ref: AVI-21738

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| Attorney's fees: | ¥274,680 | |
|---|---|---|
| Basic filing fee | | ¥180,000 |
| Translation of the original application (4,500 Words, ¥4,720 per 100 words) | | ¥212,400 |
| Discount (30%) | | −¥117,720 |

| Official fees: | ¥14,000 | |
|---|---|---|
| Filling fee | | ¥14,000 |

| | | |
|---|---|---|
| Anaqua Record ID: please provide | **Grand Total** | **¥288,680** |
| PO#.:20277637 | | |
| | @ | in US dollars |

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2018− 0538
2018/12/19

Avent, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    New Japanese Patent Application
in the name of Avent, Inc.
Your Ref: please provide            Our Ref: AVI−21756

---

| Attorney's fees: | ¥509,264 | |
|---|---|---|
| Basic filing fee | | ¥180,000 |
| Translation of the original application (11,600 Words, ¥4,720 per 100 words) | | ¥547,520 |
| Discount (30%) | | −¥218,256 |

| Official fees: | ¥14,000 | |
|---|---|---|
| Filing fee | | ¥14,000 |

| Anaqua Record ID :please provide<br>PO#.:20277637 | **Grand Total** | **¥523,264** |
|---|---|---|
| | @ | in US dollars |

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2018- 0542
2018/12/21

Avent, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   New Japanese Patent Application
        in the name of Avent, Inc.
        Your Ref: please provide               Our Ref: AVI-21737

Attorney's fees:              ¥370,496

| | |
|---|---:|
| Basic filing fee | ¥180,000 |
| Translation of the original application (7,400 Words, ¥4,720 per 100 words) | ¥349,280 |
| Discount (30%) | −¥158,784 |

Official fees:              ¥14,000

| | |
|---|---:|
| Filling fee | ¥14,000 |

Anaqua Record ID ;please provide
PO#.:20277637

**Grand Total      ¥384,496**

@            in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
**patents trademarks designs**

IP Building                                      Telephone 03-3556-1861
2-20 Kanda-Jimbocho                              Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                       Email docket@oshpat.gr.jp
Japan

                                                2018- 0543

Avent, Inc.                                     2018/12/25

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**     Japanese patent application No. 2015-558592

          in the name of Avent, Inc.

          Your Ref: 64804951JP08              Our Ref: AVI-19906

Attorney's fees:              ¥17,500

Attending to the payment of registration fee                    ¥17,500

Official fees:               ¥14,100

Registration fee                                                ¥14,100

Anaqua Record ID :64974278
PO#.:20277637                        **Grand Total**       **¥31,600**

                                     @            in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2018- 0544
2018/12/25

Avent, Inc.
5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    Japanese Patent Application No. 2016-520135
in the name of Avent, Inc.
Your Ref: 64805363JP06                    Our Ref: AVI-20224

| | | |
|---|---|---|
| Attorney's fees: | ¥17,500 | |
| Attending to the payment of registration fee | | ¥17,500 |

| | | |
|---|---|---|
| Official fees: | ¥12,900 | |
| Registration fee | | ¥12,900 |

Anaqua Record ID :64981466
PO #.:20277637

**Grand Total**          **¥30,400**

@                in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
### patents trademarks designs

IP Building                                         Telephone 03-3556-1861
2-20 Kanda-Jimbocho                                 Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                          Email docket@oshpat.gr.jp
Japan

                                                    2018– 0545

Avent, Inc.                                         2018／12／25

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    Japanese Patent Application No. 2016–554932
           in the name of Avent, Inc.
           Your Ref: 64902989JP08              Our Ref: AVI–20268

Attorney's fees:                ¥17,500

Attending to the payment of registration fee                        ¥17,500

Official fees:                  ¥23,100

Registration fee                                                    ¥23,100

Anaqua Record ID :64981501              **Grand Total       ¥40,600**
PO#.:20277637
                                @              in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2018- 0546
2018/12/25

Avent, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   Japanese Patent Application No. 2017-514314

in the name of Avent, Inc.

Your Ref: 64933947JP07                    Our Ref: AVI-20764

Attorney's fees:                    ¥174,000

Preparing and submitting amendment and argument                    ¥174,000

Official fees:                    ¥0

¥0

Anaqua Record ID :64983467
PO#.:20277637

**Grand Total**        **¥174,000**

@            in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# <u>JANUARY 2019</u>

# OSHIMA & PARTNERS
### patents trademarks designs

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

January  31,  2019

Avent, Inc.
5405 Windward Parkway
Alpharetta GA 30004
U. S. A.

Invoice No.: 201901
Invoice  Period:  2019-01-01  to  2019-01-31

## INVOICE SUMMARY SHEET
### (for invoices from January 1, 2019 to January 31, 2019)

| Invoice No. | Invoice Date | Your Ref. | Our Ref. | Anaqua Record ID | Amount |
|---|---|---|---|---|---|
| 2019-0005 | 2019-01-10 | please provide | AVI-21804 | please provide | ¥305,200 |
| 2019-0020 | 2019-01-22 | please provide | AVI-21791 | please provide | ¥391,104 |
| | | | | Total Amount Due: | ¥696,304 |

# OSHIMA & PARTNERS
**patents trademarks designs**

IP Building            Telephone 03-3556-1861
2-20 Kanda-Jimbocho     Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051    Email docket@oshpat.gr.jp
Japan

2019- 0005
2019/01/10

Avent, Inc.
5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    New Japanese Patent Application
in the name of Avent, Inc.
Your Ref: please provide        Our Ref: AVI-21804

| Attorney's fees: | ¥291,200 | |
|---|---|---|
| Basic filing fee | | ¥180,000 |
| Translation of the original application (5,000 Words, ¥4,720 per 100 words) | | ¥236,000 |
| Discount(30%) | | −¥124,800 |

| Official fees: | ¥14,000 | |
|---|---|---|
| Filling fee | | ¥14,000 |

Anaqua Record ID: please provide
PO#: please provide

**Grand Total**     **¥305,200**

@        in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building                                                    Telephone 03-3556-1861
2-20 Kanda-Jimbocho                                     Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                        Email docket@oshpat.gr.jp
Japan

2019- 0020
Avent, Inc.                                                        2019/01/22
5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   New Japanese Patent Application
         in the name of Avent, Inc.
         Your Ref: please provide                    Our Ref: AVI-21791

| Attorney's fees: | ¥377,104 | |
|---|---|---|
| Basic filing fee | | ¥180,000 |
| Translation of the original application (7,600 Words, ¥4,720 per 100 words) | | ¥358,720 |
| Discount (30%) | | −¥161,616 |

| Official fees: | ¥14,000 | |
|---|---|---|
| Filling fee | | ¥14,000 |

| Anaqua Record ID: please provide | **Grand Total** | **¥391,104** |
|---|---|---|
| PO#: please provide | | |
| | @          in US dollars | |

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# SEPTEMBER 2019

# OSHIMA & PARTNERS
### patents trademarks designs

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

September  30,  2019

Avent, Inc.
5405 Windward Parkway
Alpharetta GA 30004
U. S. A.

Invoice No.: 201909
Invoice  Period:  2019-09-01  to  2019-09-30
PO#: 20351771

### INVOICE SUMMARY SHEET
(for invoices from September 1, 2019 to September 30, 2019)

| Invoice No. | Invoice Date | Your Ref. | Our Ref. | Anaqua/FIP Record ID | Amount |
|---|---|---|---|---|---|
| 2019-0388 | 2019-09-04 | FIP 193548 | AVI-20692 | 193548 | ¥174,000 |
| 2019-0392 | 2019-09-05 | FIP 202021 | AVI-21895 | 202021 | ¥190,600 |
| 2019-0394 | 2019-09-05 | FIP 193915 | CMS-21343 | 193915 | ¥212,200 |
| 2019-0391 | 2019-09-05 | FIP 193939 | AVI-21391 | 193939 | ¥190,600 |
| 2019-0390 | 2019-09-05 | FIP 193951 | AVI-21390 | 193951 | ¥190,600 |
| 2019-0402 | 2019-09-10 | FIP 193895 | AVI-21270 | 193895 | ¥174,000 |
| 2019-0409 | 2019-09-16 | FIP 193529 | AVI-20722 | 193529 | ¥36,400 |
| 2019-0414 | 2019-09-17 | FIP 193675 | AVI-20850 | 193675 | ¥174,000 |
| 2019-0415 | 2019-09-17 | FIP 193558 | CMS-20763 | 193558 | ¥174,000 |
| 2019-0410 | 2019-09-18 | FIP 203386 | CMS-22213 | 203386 | ¥373,600 |
| 2019-0412 | 2019-09-19 | FIP 193747 | AVI-21928 | 193747 | ¥179,800 |
| 2019-0425 | 2019-09-23 | FIP 193904 | AVI-21285 | 193904 | ¥174,000 |
| 2019-0423 | 2019-09-23 | FIP 193468 | AVI-20575 | 193468 | ¥28,600 |
| 2019-0424 | 2019-09-23 | FIP 193775 | AVI-21143 | 193775 | ¥35,200 |
| | | | | Total Amount Due: | ¥2,307,600 |

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2019- 0388

2019/09/04

Avent, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   Japanese Patent Application No. 2017-511292

in the name of Avent, Inc.

Your Ref: 193548                    Our Ref: AVI-20692

Attorney's fees:                    ¥174,000

Preparing and submitting amendment and argument                    ¥174,000

Official fees:                    ¥0

¥0

FIP ID: 193548
PO#: 20351771

**Grand Total        ¥174,000**

@              in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building                                                Telephone 03-3556-1861
2-20 Kanda-Jimbocho                                        Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                                 Email docket@oshpat.gr.jp
Japan

                                                           2019- 0392
Avent, Inc.                                                2019/09/05
5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   Japanese Patent Application No. 2019-510425
        in the name of Avent, Inc.
        Your Ref: 202021                    Our Ref: AVI-21895

Attorney's fees:                  ¥12,600

Requesting examination                                          ¥12,600

Official fees:                   ¥178,000

Examination fee                                                ¥178,000

FIP ID: 202021                   **Grand Total         ¥190,600**
PO#: 20351771

                          @            in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2019- 0394
2019/09/05

Avent, Inc.
5405 Windward Parkway
Alpharetta GA 30004
U. S. A.

facsimile

## Debit Note

**Re**    Japanese Patent Application No. 2018-515002

in the name of Corpak Medsystems, Inc.

Your Ref: 193915      Our Ref: CMS-21343

| Attorney's fees: | ¥12,600 | |
|---|---|---|
| Requesting examination | | ¥12,600 |

| Official fees: | ¥199,600 | |
|---|---|---|
| Examination fee | | ¥199,600 |

FIP ID: 193915
PO#: 20351771

**Grand Total**      **¥212,200**

@      in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2019- 0391
2019/09/05

Avent, Inc.
5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   Japanese Patent Application No. 2018-521094
in the name of Avent, Inc.
Your Ref: 193939                        Our Ref: AVI-21391

| Attorney's fees: | ¥12,600 | |
|---|---|---|
| Requesting examination | | ¥12,600 |

| Official fees: | ¥178,000 | |
|---|---|---|
| Examination fee | | ¥178,000 |

FIP ID: 193939
PO#: 20351771

| **Grand Total** | **¥190,600** |
|---|---|
| @         in US dollars | |

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2019– 0390
2019/09/05

Avent, Inc.
5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

Re   Japanese Patent Application No. 2018–519720
in the name of Avent, Inc.
Your Ref: 193951                    Our Ref: AVI–21390

Attorney's fees:              ¥12,600

Requesting examination                                    ¥12,600

Official fees:              ¥178,000

Examination fee                                    ¥178,000

FIP ID: 193951
PO#: 20351771

**Grand Total        ¥190,600**

@              in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

| | |
|---|---|
| IP Building | Telephone 03-3556-1861 |
| 2-20 Kanda-Jimbocho | Facsimile 03-3556-1871 |
| Chiyoda-ku, Tokyo 101-0051 | Email docket@oshpat.gr.jp |
| Japan | |

2019‒ 0402
2019/09/10

Avent, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   Japanese Patent Application No. 2018‒510481
in the name of Avent, Inc.
Your Ref: 193895                    Our Ref: AVI‒21270

| | | |
|---|---|---|
| Attorney's fees: | ¥174,000 | |
| Preparing and submitting amendment and argument | | ¥174,000 |

| | | |
|---|---|---|
| Official fees: | ¥0 | |
| | | ¥0 |

FIP ID: 193895
PO#: 20351771

| **Grand Total** | **¥174,000** |
|---|---|
| @          in US dollars | |

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building                                    Telephone 03-3556-1861
2-20 Kanda-Jimbocho                            Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                     Email docket@oshpat.gr.jp
Japan

                                               2019- 0409

Avent, Inc.                                    2019/09/16

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    Japanese Patent Application No. 2017-511186

in the name of Avent, Inc.

Your Ref: 193529                    Our Ref: AVI-20722

Attorney's fees:               ¥17,500

Attending to the payment of registration fee                        ¥17,500

Official fees:                 ¥18,900

Registration fee                                                    ¥18,900

FIP ID: 193529                 **Grand Total**          **¥36,400**
PO#: 20351771

                               @            in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building                                        Telephone 03-3556-1861
2-20 Kanda-Jimbocho                                Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                         Email docket@oshpat.gr.jp
Japan

                                                   2019- 0414

Avent, Inc.                                        2019/09/17

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   Japanese Patent Application No. 2017-522979

in the name of Avent, Inc.

Your Ref: 193675                    Our Ref: AVI-20850

................................................................................................

Attorney's fees:                    ¥174,000

Preparing and submitting amendment and argument              ¥174,000

Official fees:                      ¥0

                                                             ¥0

FIP ID: 193675
PO#: 20351771                    **Grand Total          ¥174,000**

                                 @            in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building                                          Telephone 03-3556-1861
2-20 Kanda-Jimbocho                          Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051               Email docket@oshpat.gr.jp
Japan

2019- 0415

Avent, Inc.                                           2019/09/17

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   Japanese Patent Application No. 2017-513023
in the name of Corpak Medsystems, Inc.
Your Ref: 193558                    Our Ref: CMS-20763

Attorney's fees:                    ¥174,000

Preparing and submitting amendment and argument                    ¥174,000

Official fees:                    ¥0

¥0

FIP ID :193558
PO #: 20351771                    **Grand Total**          **¥174,000**

@          in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
### patents trademarks designs

| | |
|---|---|
| IP Building | Telephone 03-3556-1861 |
| 2-20 Kanda-Jimbocho | Facsimile 03-3556-1871 |
| Chiyoda-ku, Tokyo 101-0051 | Email docket@oshpat.gr.jp |
| Japan | |

2019- 0410

Avent, Inc.                                        2019/09/18

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    Japanese Patent Application No. 2019-168584
         in the name of Corpak Medsystems, Inc.
         Your Ref: 203386                    Our Ref: CMS-22213

Attorney's fees:          ¥141,600

| | |
|---|---|
| Basic filing fee | ¥105,000 |
| Filing voluntary amendment | ¥24,000 |
| Requesting examination | ¥12,600 |

Official fees:          ¥232,000

| | |
|---|---|
| Filling fee | ¥14,000 |
| Examination fee | ¥218,000 |

FIP ID: 203386
PO#: 20351771                **Grand Total**          **¥373,600**

                              @          in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS

**patents trademarks designs**

IP Building                                          Telephone 03-3556-1861
2-20 Kanda-Jimbocho                                  Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                           Email docket@oshpat.gr.jp
Japan

                                                     2019- 0412

Avent, Inc.                                          2019/09/19

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**     Japanese Patent Application No. 2019-515819

in the name of Avent, Inc.

Your Ref: 193747                    Our Ref: AVI-21928

···························································································

Attorney's fees:               ¥30,600

Filing voluntary amendment                                  ¥18,000
Requesting examination                                      ¥12,600

Official fees:                 ¥149,200

Examination fee                                             ¥149,200

FIP ID: 193747                 **Grand Total          ¥179,800**
PO#: 20351771

                           @             in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
**patents trademarks designs**

IP Building                                    Telephone 03-3556-1861
2-20 Kanda-Jimbocho                             Facsimile 03-3556-1871
Chiyoda-ku, Tokyo 101-0051                      Email docket@oshpat.gr.jp
Japan

                                               2019- 0425

Avent, Inc.                                    2019/09/23

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    Japanese patent application No. 2018-511141

in the name of Avent, Inc.

Your Ref: 193904                    Our Ref: AVI-21285

----------------------------------------------------------------

Attorney's fees:              ¥174,000

Preparing and submitting amendment and argument              ¥174,000

Official fees:                ¥0

                                                             ¥0

FIP ID: 193904                  **Grand Total**      **¥174,000**
PO#: 20351771

                          @            in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2019- 0423
2019/09/23

Avent, Inc.

5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**   Japanese Patent Application No. 2016-573492
in the name of Avent, Inc.
Your Ref: 193468                    Our Ref: AVI-20575

| Attorney's fees: | ¥17,500 | |
|---|---|---|
| Attending to the payment of registration fee | | ¥17,500 |

| Official fees: | ¥11,100 | |
|---|---|---|
| Registration fee | | ¥11,100 |

FIP ID: 193468
PO#: 20351771

**Grand Total**     **¥28,600**

@            in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# OSHIMA & PARTNERS
**patents trademarks designs**

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

2019- 0424
2019/09/23

Avent, Inc.
5405 Windward Parkway
Alpharetta GA  30004
U. S. A.

facsimile

## Debit Note

**Re**    Japanese Patent Application No. 2017-565183
in the name of Avent, Inc.
Your Ref: 193775                    Our Ref: AVI-21143

Attorney's fees:                    ¥17,500

Attending to the payment of registration fee                    ¥17,500

Official fees:                    ¥17,700

Registration fee                    ¥17,700

FIP ID: 193775
PO#: 20351771

**Grand Total**          **¥35,200**

@          in US dollars

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

# EXHIBIT D

# OSHIMA & PARTNERS

### patents trademarks designs

IP Building
2-20 Kanda-Jimbocho
Chiyoda-ku, Tokyo 101-0051
Japan

Telephone 03-3556-1861
Facsimile 03-3556-1871
Email docket@oshpat.gr.jp

July 8, 2021

Avent, Inc.
5405 Windward Parkway
Alpharetta GA 30004
U. S. A.

Re:   Outstanding Account

Dear sirs:

We would inform you that as of today, outstanding debit notes are as follows:

| Date | Debit number | Our Ref. | Your Ref. | Amount |
|------|-------------|----------|-----------|--------|
| 2018/2/6 | 2018-0062 | AVI-19081 | 64697749JP08 | ¥50,000 |
| 2018/2/8 | 2018-0069 | AVI-21245 | 64949309JP05 | ¥526,568 |
| 2018/2/8 | 2018-0070 | AVI-21246 | 64949304JP05 | ¥456,176 |
| 2018/2/19 | 2018-0087 | AVI-20399 | 64917300JP10 | ¥212,200 |
| 2018/2/23 | 2018-0095 | AVI-21270 | 64934631JP05 | ¥358,064 |
| 2018/2/23 | 2018-0096 | AVI-19672 | 64895855JP06 | ¥26,800 |
| 2018/2/26 | 2018-0099 | AVI-21269 | 64972190JP05 | ¥364,672 |
| 2018/2/27 | 2018-0102 | AVI-21285 | 64960085JP08 | ¥956,088 |
| 2018/2/28 | 2018-0107 | AVI-19906 | 64804951JP08 | ¥174,000 |
| 2018/3/5 | 2018-0116 | AVI-19670 | 64895787JP06 | ¥29,800 |
| 2018/3/5 | 2018-0117 | AVI-19673 | 64760158JP07 | ¥29,200 |
| 2018/3/9 | 2018-0122 | AVI-19980 | 64903888JP04 | ¥174,000 |
| 2018/3/12 | 2018-0127 | AVI-19905 | 64804939JP08 | ¥174,000 |
| 2018/3/14 | 2018-0131 | AVI-19802 | 64796201JP07 | ¥29,200 |
| 2018/3/14 | 2018-0132 | AVI-19296 | 64771027JP15 | ¥174,000 |
| 2018/3/14 | 2018-0133 | AVI-20403 | 64512569JP25 | ¥42,400 |
| 2018/3/21 | 2018-0143 | CMS-21343 | 64982944JP09 | ¥728,112 |
| 2018/3/22 | 2018-0145 | AVI-20697 | 64981293JP05 | ¥105,000 |
| 2018/3/22 | 2018-0147 | AVI-19764 | 64642544JP22 | ¥78,000 |
| 2018/4/12 | 2018-0176 | AVI-21392 | 64973915JP15 | ¥355,024 |
| 2018/4/12 | 2018-0177 | AVI-21393 | 64973915JP21 | ¥371,544 |

# OSHIMA & PARTNERS

| | | | | |
|---|---|---|---|---|
| 2018/4/12 | 2018-0178 | AVI-21394 | 64973906JP29 | ¥335,200 |
| 2018/4/13 | 2018-0180 | AVI-21395 | 64973906JP35 | ¥321,984 |
| 2018/4/13 | 2018-0181 | AVI-21396 | 64973896JP08 | ¥364,936 |
| 2018/4/13 | 2018-0182 | AVI-21397 | 64973896JP14 | ¥335,200 |
| 2018/4/16 | 2018-0187 | AVI-21390 | 64973559JP09 | ¥301,896 |
| 2018/4/17 | 2018-0190 | AVI-20538 | 64959547JP06 | ¥190,600 |
| 2018/4/17 | 2018-0191 | AVI-20521 | 64951005JP06 | ¥190,600 |
| 2018/4/17 | 2018-0192 | AVI-20522 | 64950035JP06 | ¥190,600 |
| 2018/4/18 | 2018-0193 | AVI-20575 | 64949222JP06 | ¥190,600 |
| 2018/4/18 | 2018-0194 | AVI-20576 | 64948934JP06 | ¥187,000 |
| 2018/4/18 | 2018-0196 | AVI-20581 | 64949720JP06 | ¥190,600 |
| 2018/4/18 | 2018-0197 | AVI-20582 | 64949922JP06 | ¥183,400 |
| 2018/4/18 | 2018-0198 | AVI-21143 | 64967106JP05 | ¥190,600 |
| 2018/4/18 | 2018-0199 | AVI-21144 | 64968576JP05 | ¥190,600 |
| 2018/4/18 | 2018-0200 | AVI-21145 | 64960249JP05 | ¥190,600 |
| 2018/4/23 | 2018-0208 | AVI-20697 | 64981293JP05 | ¥43,000 |
| 2018/4/23 | 2018-0209 | AVI-21391 | 64973546JP09 | ¥295,288 |
| 2018/4/23 | 2018-0211 | AVI-19081 | 64697749JP08 | ¥33,400 |
| 2018/4/26 | 2018-0215 | AVI-21401 | 64972567JP13 | ¥417,536 |
| 2018/5/2 | 2018-0220 | AVI-21399 | 64972667JP07 | ¥976,176 |
| 2018/5/2 | 2018-0221 | AVI-21400 | 64972667JP13 | ¥923,048 |
| 2018/5/8 | 2018-0225 | AVI-20540 | 64927006JP06 | ¥190,600 |
| 2018/5/8 | 2018-0226 | AVI-19800 | 64900690JP06 | ¥32,200 |
| 2018/5/10 | 2018-0231 | AVI-21403 | 64973471JP09 | ¥503,440 |
| 2018/5/21 | 2018-0242 | AVI-20600 | 64943979JP06 | ¥249,400 |
| 2018/5/25 | 2018-0248 | AVI-19979 | 64887185JP04 | ¥174,000 |
| 2018/5/28 | 2018-0249 | AVI-21438 | 64973962JP05 | ¥275,464 |
| 2018/5/29 | 2018-0253 | AVI-20448 | 64972640JP11 | ¥135,000 |
| 2018/5/30 | 2018-0254 | AVI-19296 | 64771027JP15 | ¥33,400 |
| 2018/5/31 | 2018-0256 | AVI-21443 | 64978310JP06 | ¥751,240 |
| 2018/8/3 | 2018-0348 | AVI-19764 | 64642544JP22 | ¥31,600 |
| 2018/8/8 | 2018-0356 | AVI-20074 | 64816025JP04 | ¥165,000 |
| 2018/8/10 | 2018-0360 | AVI-21610 | 64978666JP06 | ¥652,120 |
| 2018/8/10 | 2018-0361 | AVI-21285 | 64960085JP08 | ¥190,600 |
| 2018/8/21 | 2018-0372 | CMS-20763 | 64983376JP08 | ¥208,600 |

OSHIMA & PARTNERS

| | | | | |
|---|---|---|---|---|
| 2018/8/31 | 2018-0383 | AVI-20983 | 64978678JP04 | ¥34,600 |
| 2018/11/5 | 2018-0472 | AVI-19979 | 64887185JP04 | ¥32,800 |
| 2018/11/7 | 2018-0474 | AVI-21438 | 64973962JP05 | ¥190,600 |
| 2018/11/8 | 2018-0476 | CMS-20864 | 64983393JP09 | ¥187,000 |
| 2018/11/12 | 2018-0485 | AVI-19801 | 64817857JP07 | ¥28,600 |
| 2018/11/14 | 2018-0492 | AVI-20226 | 64805090JP06 | ¥174,000 |
| 2018/11/20 | 2018-0495 | AVI-21722 | please provide | ¥82,500 |
| 2018/11/29 | 2018-0511 | AVI-19779 | 64816514JP06 | ¥27,400 |
| 2018/12/6 | 2018-0523 | AVI-20363 | 64920363JP06 | ¥174,000 |
| 2018/12/10 | 2018-0528 | AVI-21012 | 64979034JP03 | ¥35,200 |
| 2018/12/13 | 2018-0536 | AVI-21738 | please provide | ¥288,680 |
| 2018/12/19 | 2018-0538 | AVI-21756 | please provide | ¥523,264 |
| 2018/12/21 | 2018-0542 | AVI-21737 | please provide | ¥384,496 |
| 2018/12/25 | 2018-0543 | AVI-19906 | 64804951JP08 | ¥31,600 |
| 2018/12/25 | 2018-0544 | AVI-20224 | 64805363JP06 | ¥30,400 |
| 2018/12/25 | 2018-0545 | AVI-20268 | 64902989JP08 | ¥40,600 |
| 2018/12/25 | 2018-0546 | AVI-20764 | 64933947JP07 | ¥174,000 |
| 2019/1/10 | 2019-0005 | AVI-21804 | please provide | ¥305,200 |
| 2019/1/22 | 2019-0020 | AVI-21791 | please provide | ¥391,104 |
| 2019/9/4 | 2019-0388 | AVI-20692 | FIP 193548 | ¥174,000 |
| 2019/9/5 | 2019-0390 | AVI-21390 | FIP 193951 | ¥190,600 |
| 2019/9/5 | 2019-0391 | AVI-21391 | FIP 193939 | ¥190,600 |
| 2019/9/5 | 2019-0392 | AVI-21895 | FIP 202021 | ¥190,600 |
| 2019/9/5 | 2019-0394 | CMS-21343 | FIP 193915 | ¥212,200 |
| 2019/9/10 | 2019-0402 | AVI-21270 | FIP 193895 | ¥174,000 |
| 2019/9/16 | 2019-0409 | AVI-20722 | FIP 193529 | ¥36,400 |
| 2019/9/18 | 2019-0410 | CMS-22213 | FIP 203386 | ¥373,600 |
| 2019/9/19 | 2019-0412 | AVI-21928 | FIP 193747 | ¥179,800 |
| 2019/9/17 | 2019-0414 | AVI-20850 | FIP 193675 | ¥174,000 |
| 2019/9/17 | 2019-0415 | CMS-20763 | FIP 193558 | ¥174,000 |
| 2019/9/23 | 2019-0423 | AVI-20575 | FIP 193468 | ¥28,600 |
| 2019/9/23 | 2019-0424 | AVI-21143 | FIP 193775 | ¥35,200 |
| 2019/9/23 | 2019-0425 | AVI-21285 | FIP 193904 | ¥174,000 |

**Total Amount:** **¥20,694,020**

OSHIMA & PARTNERS

We should be grateful if you would consult your records and arrange for payment. Should you have made a payment in the past few days, we wish to thank you and apologize for taking up your time.

Sincerely yours,

Oshima and Partners

Please remit this amount to Oshima and Partners
Account Number 888-7,018,184
Sumitomo Mitsui Banking Corporation, Iidabashi Branch
SWIFT Code: SMBCJPJT

OSHIMA & PARTNERS

# EXHIBIT E



30 Ivan Allen, Jr. Boulevard, Northwest • Suite 700 • Atlanta, GA 30308-3036   www.balch.com

MATTHEW B. AMES
t:  (404) 962-3531
f:  (866) 226-2477
e:  mames@balch.com

July 16, 2021

VIA CERTIFIED MAIL

Avent, Inc.
c/o Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092

Avanos Medical, Inc.
c/o Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092

Re:    **Oshima & Partners – Outstanding Account Balance**

To Whom It May Concern:

This firm represents Oshima & Partners as it relates to the collection of outstanding legal fees owed by Avanos Medical, Inc. and/or one or more of its affiliated entities (hereafter, collectively referred to as "Avanos") for legal services provided by Oshima & Partners in 2018 and 2019. It is my understanding that Oshima & Partners and Avanos have a long-standing relationship. For that reason, our aim is resolution, not conflict.

Oshima & Partners performed legal services for Avanos in February 2018, March 2018, April 2018, May 2018, August 2018, November 2018, December 2018, January 2019, and September 2019 pursuant to the Master Engagement Agreement for Legal Services entered into October 6, 2014 (hereafter, the "Agreement"). A copy of the Agreement is attached hereto as **Attachment A.** Under the Agreement, Oshima & Partners submitted invoices monthly. Avanos is required to pay for the legal services provided by Oshima & Partners within seventy-nine (79) days of receiving an invoice.

Oshima & Partners timely submitted the invoices for the work it performed in the months identified above. A copy of those invoices as well as documentation showing such invoices were submitted to Avanos are attached hereto as **Attachment B**. These invoices complied with the requirements in the Agreement, evidenced by the fact that they were never returned to Oshima & Partners. Despite this, the attached invoices have never been paid. As a result, Avanos currently owes Oshima & Partners approximately $200,000.00 for the legal services Oshima & Partners provided in February 2018, March 2018, April 2018, May 2018, August 2018, November 2018, December 2018, January 2019, and September 2019. A consolidated invoice showing the unpaid fees is attached hereto as **Attachment C**.

Based on the foregoing, Oshima & Partners must respectfully but firmly insist on payment in full of all amounts due within thirty (30) days of the date of this letter. Absent such payment, Oshima &

10477574.2

ALABAMA  I  FLORIDA  I  GEORGIA  I  MISSISSIPPI  I  WASHINGTON, DC

July 16, 2021
Page 2

Partners may choose to pursue remedies available to it at law and in equity. Neither this letter nor any statement by or on behalf of Oshima & Partners as to the amount due and owing shall constitute a waiver of any right of Oshima & Partners to collect any additional amounts to which it may be lawfully entitled or shall constitute an accord and satisfaction or waiver of any right of Oshima & Partners.

Please feel free to contact me if you have any questions. We look forward to working with you on a prompt resolution of this matter.

Very truly yours,

w/ express permission

Matthew B. Ames

MBA:al

Attachments

cc:    Karen Borrelli (Karen.Borrelli@avanos.com)
       Andrea Lostocco, Esq. (alostocco@balch.com)
       Y. Oshima (osh@oshpat.gr.jp)

# EXHIBIT F

30 Ivan Allen, Jr. Boulevard, Northwest • Suite 700 • Atlanta, GA 30308-3036   www.balch.com



**MATTHEW B. AMES**
t:  (404) 962-3531
f:  (866) 226-2477
e:  mames@balch.com

August 20, 2021

<u>VIA CERTIFIED MAIL (RETURN RECEIPT REQUESTED)</u>

Avent, Inc.
c/o Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092

Avanos Medical, Inc.
c/o Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092

**Re:   Oshima & Partners – Outstanding Account Balance**

To Whom It May Concern:

This firm represents Oshima & Partners as it relates to the collection of outstanding legal fees owed by Avanos Medical, Inc. and/or one or more of its affiliated entities (hereafter, collectively referred to as "<u>Avanos</u>") for legal services provided by Oshima & Partners in 2018 and 2019. On July 16, 2021, I sent you a letter on behalf of Oshima & Partners requesting that Avanos make payment in full of all amounts due within thirty (30) days. A copy of that letter is enclosed.

As of the date of this correspondence, the outstanding amount due has not been paid, either in whole or in part, and we have not otherwise received any communication from Avanos. As a result, I now write to you pursuant to the Dispute Resolution provision in the Master Engagement Agreement for Legal Services entered into October 6, 2014 (the "<u>Agreement</u>"). Section 6(e) of the Agreement provides that if a dispute arises between the Parties they must, prior to pursuing remedies available at law and in equity, (1) escalate the issue through the management of their respective organizations and (2) seek a resolution through mediation if the desired results are not reached.

Based on the foregoing, and since there has been no response to my prior correspondence, Oshima & Partners is prepared to seek resolution through mediation and requests that Avanos advise within three (3) business days of this letter as to whether it will agree to participate in mediation. Obviously we will schedule the mediation at a time that works for everyone, but we need to know immediately whether Avanos is willing to participate in this process or not.  Absent a response, Oshima & Partners will pursue all remedies available to it at law and in equity. Neither this letter nor any statement by or on behalf of Oshima & Partners should be interpreted as an election of remedies, and Oshima & Partners reserves all rights and remedies available to it at law, in equity and under the Agreement.

30 Ivan Allen, Jr. Blvd., N.W.
Suite 700
Atlanta, GA 30308
**balch.com**

ALABAMA | FLORIDA | GEORGIA | MISSISSIPPI | TEXAS | WASHINGTON, DC

August 20, 2021
Page 2

        Please feel free to contact me if you have any questions. We look forward to working with you on a prompt resolution of this matter.

                                Very truly yours,

                                Matthew B. Ames

MBA:al

Enclosure as stated

cc:     Karen Borrelli (Karen.Borrelli@avanos.com)
        Andrea Lostocco, Esq. (alostocco@balch.com)
        Y. Oshima (osh@oshpat.gr.jp)

10588108.1